UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VIVIAN S. CAHILL AND THE ESTATE
OF SANDRA F. GARDNER, BY ITS PERSONAL
REPRESENTATIVE, MICHAEL H. GARDNER,

      Case No.: 2:22-cv-00543-SM-DPC

  *Plaintiffs.*

v.

GREGORY G. FAIA, VERNON H. DECOSSAS III,
FAIA & ASSOCIATES, LLC, ADS SQUARED LLC,
VISUAL AD GROUP, INC., AND DSE LEASING, LLC,
  *Defendants.*

## MOTION TO WITHDRAW ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Defendants Gregory G. Faia, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC, who move to withdraw Michael J. O'Brien (Louisiana Bar Roll No. 38852) of the law firm of Jones Walker LLP, 201 St. Charles Ave, 50th Floor, New Orleans, Louisiana, 70170 as additional counsel of record on the basis that Mr. O'Brien is no longer with the Jones Walker law firm.

    Respectfully submitted,

    JONES WALKER L.L.P
    By:    *Michael W. Magner*
    Michael W. Magner, Bar # 1206
    Andrew R. Lee, Bar # 21196
    Peter J. Kee, Bar # 34860
    201 St. Charles Ave. Suite 5100
    New Orleans, LA 70170
    Phone: (504) 589-8316
    *Email:* mmagner@joneswalker.com
       alee@joneswalker.com
       pkee@joneswalker.com
    *Attorneys for Gregory G. Faia, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC*

2

**CERTIFICATE OF SERVICE**

I certify that on June 21, 2023, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

／s/ Michael W. Magner

#101426308v1