UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VIVIAN S. CAHILL AND THE ESTATE
OF SANDRA F. GARDNER, BY ITS PERSONAL
REPRESENTATIVE, MICHAEL H. GARDNER,

                                              Case No.: 2:22-cv-00543-SM-DPC

   *Plaintiffs*.

v.

GREGORY G. FAIA, VERNON H. DECOSSAS III,
FAIA & ASSOCIATES, LLC, ADS SQUARED LLC,
VISUAL AD GROUP, INC., AND DSE LEASING, LLC,
   *Defendants*.

## ORDER

Considering the foregoing Motion to Withdraw Additional Counsel of Record;

**IT IS ORDERED, ADJUDGED, and DECREED** that Michael J. O'Brien (Louisiana Bar Roll No. 38852) of the law firm of Jones Walker LLP be and is hereby withdrawn as additional counsel of record on behalf of Defendants Gregory G. Faia, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC.

New Orleans, Louisiana, this _____ day of _____, 2023.

                                              _____
                                              **UNITED STATES DISTRICT JUDGE**

#101426308v1