UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIVIAN S. CAHILL and THE ESTATE OF SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner, | : : : | Case No.:   22-cv-00543-SM-DPC |
| Plaintiffs | : : : | Judge:      SUSIE MORGAN |
| vs. | : : | |
| GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC, | : : : : : | Magistrate:  DONNA PHILLIPS CURRAULT |
| Defendants | : | |

## DECLARATION OF VERNON DECOSSAS, III

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. My name is Vernon Decossas, III, and I am of the age of majority and a resident of Tampa, Florida.

2. I affirm the statements in this Declaration based upon my own personal knowledge and belief. If I were called up on to testify, I could and would testify to the truth of the matters stated in this Declaration.

3. I am a personal defendant in the *Cahill v. Faia et al.* matter pending before the federal court for the Eastern District of Louisiana. I am also an owner and officer of Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing LLC, which legal entities are also defendants in the referenced matter. I am currently a plaintiff in another proceeding involving the same parties (including the *Cahill* plaintiffs) that is pending in the U.S. Bankruptcy Court in the Middle District of Florida (Case No. 19-Bk-8638-CPM) (the "Florida Litigation"). Under that same suit caption (and related "removed" and adversary proceedings), I have been engaged in litigation relating to the same alleged option drafts/contracts for the past six and a half years.

4. On November 8, 2022, I was testifying as a witness at trial in the Florida Litigation, and was asked at that time where I thought certain "transactional protection documents" were electronically stored in 2011 and/or 2012. I responded that the files had been stored on a "legal drive" that was "with TPI[1] at the time." When asked, I answered that

---

[1] TPI, or "The Producers, Inc.," is a company that was owned by Michael Gardner and Sigmund Solares (Vivian Cahill's brother and attorney) until December 2010, when Sigmund Solares sold his interest in TPI to Michael Gardner. In August 2011 and May 2012, TPI later sold or transferred its primary assets to several new companies, including DNC Holdings, Inc. and Domain Apps, LLC, with respect to which Sigmund Solares and Michael Gardner

I believed TPI had maintained servers in Hong Kong because of litigation between Verizon and TPI, but that "eventually a bill wasn't paid and Hong Kong took all of the servers, all of the hard drive[s], and everything had been lost."   I do not know specifically what was stored on the servers, including whether or not Solares' and Gardner's legal drive was stored on these.

5.   In a 2020 deposition in the Florida Litigation, I had similarly testified that I believed TPI's old servers had been located in Hong Kong, the Cayman Islands, or possibly Canada, but that I was "speculating."[2]

6.   It was and is my recollection that, between 2008 and 2011, TPI arranged for the offshore hosting of some portion of the company's electronic records. My recollection is that Sigmund Solares and Michael Gardner were attracted by the idea of international data storage because it could be used as a basis to resist turning over documents in lawsuits against TPI or its subsidiaries.

7.   I have no personal knowledge of where any TPI or TPI-subsidiary servers or data may have been placed in Hong Kong or Singapore (or anywhere else in Asia), and, if so, what the relevant hosting or warehouse company would have been. If any TPI servers or data was ever kept in Hong Kong or Singapore, I do not know the identity of any of the relevant vendor representatives and do not know any of their contact information.

8.   I referenced Hong Kong in my testimony based on my recollection that Sigmund Solares had expressed interest in placing servers in Asia to take advantage of corporate secrecy and data protection laws. I also knew that in or around the end of 2011, Sigmund Solares had traveled to Hong Kong and formed a Hong Kong legal entity called "Zedong Shi Technology, Ltd." At or around the same time, Sigmund Solares advised me and others that he had opened one or more Hong Kong bank accounts, although I never had access to the accounts or used them for any purposes.[3] I understand that Michael Gardner also traveled to Hong Kong during the same period of time and visited a safe deposit box or secured asset storage center.[4] I have never visited Hong Kong, nor do I have any knowledge of what arrangements Sigmund Solares and Michael Gardner may have made to store data in Hong Kong or anywhere in Asia or what vendors they may have selected.

9.   In connection with preparing this Declaration, I and my attorney have searched for relevant documents concerning 2009-2013 data storage in Hong Kong or anywhere

---

were to hold repurchase "option" rights. It is these option rights that Sigmund Solares and Michael Gardner claimed and sued to enforce from 2017 to 2021, and which Vivian Cahill and Michael Gardner (for his mother) have contradictorily claimed and sued to enforce since 2021.

[2] April 2, 2020, Deposition of Vernon Decossas, *In re TPI*, p. 483-85.

[3] *See* November 2, 2011, Sigmund Solares e-mail ("Today I set up one personal bank account in Hong Kong. So now I have internet banking and an ATM card issued from Hong Kong. . . . They are supposed to email me with a time and place to have a meeting to set up the corporate account.").

[4] *See* SOL-0071990 (October 18, 2011, e-mail from Michael Gardner to Sigmund Solares, re: "safe deposit boxes not good experience here").

5195611.v1

else. I was not a party to the relevant communications, but included in documents produced by Sigmund Solares in the Florida Litigation is a 2016 invoice from a data center company (Equinix) to Solares' Hong Kong-based company, Zedong Shi Technology Ltd., which appeared to be paying for substantial "recurring" data center services. *See* Exhibit 1, SOL-0070473. Any information about the relevant servers or where they might be now would have to be obtained from Sigmund Solares or Vivian Cahill, who were the parties to the relevant communication. Other than what has been disclosed in discovery by Vivian Cahill and/or Sigmund Solares, I have no knowledge of what data was or is being stored by Solares' Hong Kong company or where the data was located.

10. In another undated document I recently reviewed, Sigmund Solares participated in what appear to be extensive discussions concerning securing Asian servers or data storage services. While it is not clear whether Solares is the sender or recipient of the communications, the conversation appears to relate to the storage of offshore data. *See* Exhibit 2, 2004Solares-1509550) ("I would not wait to order servers for Tokyo. I would say we order once Fluent has the quote, and then if the BTC deal happens e we use some of those funds to start Hong Kong or Singapore.") ("What direction do you think is best for Tokyo? Still best to set up servers here and then ship there?"). Other than what Sigmund Solares references in these chat transcripts, I have no knowledge of what servers Sigmund Solares secured in Asia or who the relevant vendors were.

11. If I had ever helped to obtain, or paid for, any Asian servers or data management services, such would be apparent in the thousands of financial records I have produced already in the Florida Litigation. With respect to every TPI-affiliated or other entity that I helped to manage from 2009 to 2019, I have already disclosed the *entire* general ledger file (which includes *every* accounting entry and *every* vendor payment ever made), *every* bank account statement, *every* credit card statement, *every* 1099 form, and *every* vendor journal ("A/P ledger"). If I or any entity I managed was ever involved in paying for any TPI-related server usage anywhere in the world during that time period, such information would appear in hundreds or thousands of associated accounting and financial records already disclosed.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on July 17, 2023.**

Respectfully submitted,

/s/

Vernon Decossas, III

| From: | Sig |
|---|---|
| Sent: | Saturday, December 24, 2016 8:22 PM CST |
| To: | Vivian |
| Subject: | Re: hey |
| Attachments: | 9775514_102210092969_EN.pdf |

Attached is the dec invoice. this covers 2 months

On Sat, Dec 24, 2016 at 7:47 PM, Vivian <vcahill09@gmail.com> wrote:
  thanks for tonight it was very nice!

  The last check I sent was for Zendong.  Do you have an account number for Zipa?  And what
  month is the invoice for?  This part of the modified letter based on my last one...


Equinix, Inc
Lockbox #774252
350 East Devon Ave
Itasca, IL 60143


RE:Zipa


Please find enclosed check for $36,204.04. This isto pay for the invoices for the
month of ???


Please notify Nancy Lassen CBF, Credit andCollection Analyst,
nlassen@equinix.com or T +1 650 598 6513 once this check is received.

Exhibit 1

CONFIDENTIAL

Equinix, INC
77-0487526

**EQUINIX INVOICE**

| Invoice Number | 102210092969 |
| Invoice Date | 01-Dec-16 |
| Payment Due Date | 31-Dec-16 |
| Payment Terms | Net 30 |
| Currency | USD |
| Customer Account # | 106557 |
| Billing Cycle | 1st of the month |

ZEDONG SHI TECHNOLOGY LTD.
Attn: Jordan Mason
1001 10TH AVE S UNIT 216
NAPLES, FL 34102-8236
United States

## Summary of Charges                           USD

**Recurring Charges**

| Interconnection | 6,913.95 |
| Power | 4,015.06 |
| Space | 4,409.98 |
| **Total Recurring Charges** | **15,338.99** |

**Non Recurring Charges**

| Interconnection | 500.00 |
| Professional Services | 1,400.00 |
| **Total Non Recurring Charges** | **1,900.00** |
| Sales Tax | 863.03 |

## Invoice Total Due          18,102.02

## Payment Instructions

**Electronic**

| Bank Name | Wells Fargo Bank, NA |
| | 420 Montgomery St |
| | San Francisco, CA 94104 |
| Equinix Payee | Equinix, INC |
| Account # | 4121543037 |
| SWIFT/BIC # | 121000248 |

**Check**

| Bank Name | Equinix, INC - #774252 |
| | 4252 Solutions Center |
| | Chicago, IL 60677-4002 |

Please email remittance advice to
collections@equinix.com

If you have any questions please contact  NGUYEN, JANAE on 1-866-979-3749 or email billing@equinix.com

Page **1** of **4**

CONFIDENTIAL

SOL-0070474

Equinix, INC
77-0487526

EQUINIX

| | Invoice Number | 102210092969 |
|---|---|---|
| | Invoice Date | 01-Dec-16 |

| **Recurring Charges** | **Charges relate to services provided in SECAUCUS IBX - NY4 From 01-Dec-16 To 31-Dec-16** | **USD** |

| LN# | Order# | IBX | Product | Product Description and Details | Reference | Item # | Quantity | Unit Price | Recurring | Non Recurring | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | Cross Connect- Multi-Mode Fiber | | | | | | | | |
| 1.1 | 78812 | NY4 | Interconnection | Location: 006555 S/N: 1389050 CID: None FX ALLIANCE, LLC | - | CC00001 | 1.00 | 350.98 | 350.98 | - | 24.57 | 375.55 |
| 1.2 | 78812 | NY4 | Interconnection | Location: 006555 S/N: 1389698 CID: None KNIGHT CAPITAL GROUP, INC. | - | CC00001 | 1.00 | 350.98 | 350.98 | - | 24.57 | 375.55 |
| 2 | | | | Cross Connect- Multi-Mode Fiber | | | | | | | | |
| 2.1 | 78812 | NY4 | Interconnection | Location: 006555 S/N: 1985100 CID: None FX ALLIANCE, LLC | - | CC00001 | 1.00 | 334.27 | 334.27 | - | 23.40 | 357.67 |
| 3 | | | | Cross Connect- Single-Mode Fiber | | | | | | | | |
| 3.1 | 78812 | NY4 | Interconnection | Location: 006555 S/N: 6935566-A CID: None EQUINIX | - | CC00001 | 1.00 | 414.79 | 414.79 | - | 29.04 | 443.83 |
| 3.2 | 78812 | NY4 | Interconnection | Location: 006555 S/N: 1663563 CID: None CURRENEX, INC. | - | CC00001 | 1.00 | 414.79 | 414.79 | - | 29.04 | 443.83 |
| 3.3 | 78812 | NY4 | Interconnection | Location: 006555 S/N: 6448845 CID: N/A FLEXTRADE SYSTEMS INC. | - | CC00001 | 1.00 | 414.79 | 414.79 | - | 29.04 | 443.83 |
| 3.4 | 78812 | NY4 | Interconnection | Location: 006555 S/N: 7466787 CID: None FIXNETIX, INC | - | CC00001 | 1.00 | 414.79 | 414.79 | - | 29.02 | 443.81 |
| 4 | | | | Cross Connect- Single-Mode Fiber | | | | | | | | |
| 4.1 | 78812 | NY4 | Interconnection | Location: 006555 S/N: 1828817 CID: None GELBER GROUP | - | CC00001 | 1.00 | 395.04 | 395.04 | - | 27.65 | 422.69 |
| 4.2 | 78812 | NY4 | Interconnection | Location: 006555 S/N: 1828818 CID: None GELBER GROUP | - | CC00001 | 1.00 | 395.04 | 395.04 | - | 27.65 | 422.69 |
| 5 | | | | Cross Connect- Single-Mode Fiber | | | | | | | | |
| 5.1 | 78812 | NY4 | Interconnection | Location: 006555 S/N: 13539521 CID: N/A GAIN CAPITAL GROUP LLC | - | CC00001 | 1.00 | 395.04 | 395.04 | - | 27.66 | 422.70 |
| 5.2 | 78812 | NY4 | Interconnection | Location: 006555 S/N: 11066842 CID: Not Provided IT HOSTING SERVICES LLC | - | CC00001 | 1.00 | 395.04 | 395.04 | - | 27.65 | 422.69 |
| 6 | | | | Cross Connect- Single-Mode Fiber | | | | | | | | |
| 6.1 | 78812 | NY4 | Interconnection | Location: 006555 S/N: 5360027-A CID: any EQUINIX | - | CC00001 | 1.00 | 376.23 | 376.23 | - | 26.34 | 402.57 |
| 7 | | | | Cross Connect- Single-Mode Fiber | | | | | | | | |
| 7.1 | 78812 | NY4 | Interconnection | Location: 006555 S/N: 17726163 CID: None Fastmatch | - | CC00001 | 1.00 | 376.23 | 376.23 | - | 26.34 | 402.57 |
| 8 | | | | Cross Connect- Single-Mode Fiber | | | | | | | | |
| 8.1 | SO#: 1-55386909322 78812 | NY4 | Interconnection | Location: 006555 S/N: 20324629 CID: FLUENT TRADE TECHNOLOGIES | - | CC00001 | 1.00 | 350.00 | 350.00 | - | 24.50 | 374.50 |
| 9 | | | | Cross Connect- Single-Mode Fiber | | | | | | | | |
| 9.1 | SO#: 1-73479799350 78812 | NY4 | Interconnection | Location: 006555 S/N: 20387017 CID: LMAX LIMITED | - | CC00001 | 1.00 | 350.00 | 350.00 | - | 24.50 | 374.50 |
| 10 | | | | Cross Connect- Single-Mode Fiber | | | | | | | | |
| 10.1 | SO#: 1-60071699675 78812 | NY4 | Interconnection | Location: 006555 S/N: 20347687 CID: CITADEL LLC | - | CC00001 | 1.00 | 350.00 | 350.00 | - | 24.50 | 374.50 |
| 11 | | | | Cross Connect- Single-Mode Fiber | | | | | | | | |
| 11.1 | SO#: 1-67265241281 78812 | NY4 | Interconnection | Location: 006555 S/N: 20370920 CID: QUANT HOUSE | - | CC00001 | 1.00 | 350.00 | 350.00 | - | 24.50 | 374.50 |
| 12 | | | | Cross Connect- UTP | | | | | | | | |
| 12.1 | 78812 | NY4 | Interconnection | Location: 006555 S/N: 1928956 CID: None INTEGRAL DEVELOPMENT | - | CC00001 | 1.00 | 334.27 | 334.27 | - | 23.40 | 357.67 |
| 13 | | | | Secure Cabinet With Circuit Based Power- 120v- AC Circuit- 20-amp- Single Phase- Primary | | | | | | | | |
| 13.1 | 78812 | NY4 | Power | Location: 006555 - NY4:01:006555:0318 S/N: 1376577 | | POW00003 | 1.00 | 440.32 | 440.32 | - | 30.82 | 471.14 |
| 14 | | | | Secure Cabinet With Circuit Based Power- 120v- AC Circuit- 20-amp- Single Phase- Redundant | | | | | | | | |
| 14.1 | 78812 | NY4 | Power | Location: 006555 - NY4:01:006555:0318 S/N: 1376578 | | POW00003 | 1.00 | 220.79 | 220.79 | - | 15.45 | 236.24 |

Page **2** of **4**

Equinix, INC
77-0487526

EQUINIX

| | Invoice Number | 102210092969 |
|---|---|---|
| | Invoice Date | 01-Dec-16 |

## Recurring Charges — Charges relate to services provided in SECAUCUS IBX - NY4 From 01-Dec-16 To 31-Dec-16 — USD

| LN# | Order# | IBX | Product | Product Description and Details | Reference | Item # | Quantity | Unit Price | Recurring | Non Recurring | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | | | | Secure Cabinet With Circuit Based Power- 208v- AC Circuit- 30-amp- Single Phase- Primary | | | | | | | | |
| 15.1 | 78812 | NY4 | Power | Location: 006555 - NY4:01:006555:0318 S/N: 1376575 | - | POW00003 | 1.00 | 1,144.83 | 1,144.83 | - | 80.14 | 1,224.97 |
| 16 | | | | Secure Cabinet With Circuit Based Power- 208v- AC Circuit- 30-amp- Single Phase- Primary | | | | | | | | |
| 16.1 | 78812 | NY4 | Power | Location: 006555 - NY4:01:006555:0317 S/N: 5805805 | - | POW00003 | 1.00 | 1,090.31 | 1,090.31 | - | 76.32 | 1,166.63 |
| 17 | | | | Secure Cabinet With Circuit Based Power- 208v- AC Circuit- 30-amp- Single Phase- Redundant | | | | | | | | |
| 17.1 | 78812 | NY4 | Power | Location: 006555 - NY4:01:006555:0318 S/N: 1376576 | - | POW00003 | 1.00 | 573.05 | 573.05 | - | 40.11 | 613.16 |
| 18 | | | | Secure Cabinet With Circuit Based Power- 208v- AC Circuit- 30-amp- Single Phase- Redundant | | | | | | | | |
| 18.1 | 78812 | NY4 | Power | Location: 006555 - NY4:01:006555:0317 S/N: 5805806 | - | POW00003 | 1.00 | 545.76 | 545.76 | - | 38.20 | 583.96 |
| 19 | | | | Secure Cabinet With Circuit Based Power- Cage- 10 | | | | | | | | |
| 19.1 | 78812 | NY4 | Space | Location: 006555 S/N: 06555-1376573 | - | CAG00001 | 1.00 | 0.00 | 0.00 | - | 0.00 | 0.00 |
| 20 | | | | Secure Cabinet With Circuit Based Power- Closed Cabinet- 5 kVA | | | | | | | | |
| 20.1 | 78812 | NY4 | Space | Location: 006555 - NY4:01:006555:0318 S/N: 0318-1376574 | - | CAB00001 | 1.00 | 2,297.32 | 2,297.32 | - | 0.00 | 2,297.32 |
| 21 | | | | Secure Cabinet With Circuit Based Power- Closed Cabinet- 5 kVA | | | | | | | | |
| 21.1 | 78812 | NY4 | Space | Location: 006555 - NY4:01:006555:0317 S/N: 0317-5805803 | - | CAB00001 | 1.00 | 2,112.66 | 2,112.66 | - | 0.00 | 2,112.66 |
| Subtotal Recurring Charges | | SECAUCUS IBX - NY4 | | | | | | | 15,187.32 | - | 754.41 | 15,941.73 |

## New Activity — Charges relate to services provided in SECAUCUS IBX - NY4 — USD

| LN# | Order# | IBX | Product | Product Description and Details | Reference | Item # | Quantity | Unit Price | Recurring | Non Recurring | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SO#: 1-65471439507 | | Booked by  Suraj Sailan, 07-Oct-16 | | | | | | | | | | |
| 22 | | | | De-Install Fee | | | | | | | | |
| 22.1 | 78812 | NY4 | Professional Services | De-Install Fee | - | DEINSTALL | 1.00 | 250.00 | - | 250.00 | 17.50 | 267.50 |
| 22.2 | 78812 | NY4 | Professional Services | De-Install Fee | - | DEINSTALL | 1.00 | 250.00 | - | 250.00 | 17.50 | 267.50 |
| SO#: 1-73479799350 | | Booked by  Alex Spodinets, 18-Nov-16 | | | | | | | | | | |
| 23 | | | | Cross Connect - Installation Fee- Single-Mode Fiber | | | | | | | | |
| 23.1 | 78812 | NY4 | Interconnection | Location: 006555 CID: | - | CC00001 | 1.00 | 500.00 | - | 500.00 | 0.00 | 500.00 |
| 24 | | | | Cross Connect- Single-Mode Fiber -Prorated Recurring Charge-18-NOV-2016-30-NOV-2016 | | | | | | | | |
| 24.1 | 78812 | NY4 | Interconnection | Location: 006555 S/N: 20387017 CID:  LMAX LIMITED | - | CC00001 | 1.00 | 151.67 | 151.67 | - | 10.62 | 162.29 |
| 25 | | | | Expedite Fee | | | | | | | | |
| 25.1 | 78812 | NY4 | Professional Services | Expedite Fee | - | EXPEDITE | 1.00 | 300.00 | - | 300.00 | 21.00 | 321.00 |
| SO#: 1-73486705115 | | Booked by  Alex Spodinets, 18-Nov-16 | | | | | | | | | | |
| 26 | | | | Accessories- Cabinet | | | | | | | | |
| 26.1 | 78812 | NY4 | Professional Services | Location: 006555 | - | PS00017 | 1.00 | 0.00 | - | 0.00 | 0.00 | 0.00 |
| 27 | | | | Expedite Fee | | | | | | | | |
| 27.1 | 78812 | NY4 | Professional Services | Expedite Fee | - | EXPEDITE | 1.00 | 300.00 | - | 300.00 | 21.00 | 321.00 |
| 28 | | | | Smart Hands - Normal Working Hours- 14.Install Svcs Customer Equip | | | | | | | | |
| 28.1 | 78812 | NY4 | Professional Services | Smart Hands - Normal Working Hours- 14.Install Svcs Customer Equip | - | CHARGES | 1.50 | 200.00 | - | 300.00 | 21.00 | 321.00 |

Page  3  of  4

SOL-0070476

Equinix, INC
77-0487526



| | Invoice Number | 102210092969 |
|---|---|---|
| | Invoice Date | 01-Dec-16 |

## New Activity — Charges relate to services provided in SECAUCUS IBX - NY4 — USD

| LN# | Order# | IBX | Product | Product Description and Details | Reference | Item # | Quantity | Unit Price | Recurring | Non Recurring | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subtotal New Activity | | | | SECAUCUS IBX - NY4 | | | | | 151.67 | 1,900.00 | 108.62 | 2,160.29 |
| Subtotal Charges | | | | SECAUCUS IBX - NY4 | | | | | 15,338.99 | 1,900.00 | 863.03 | 18,102.02 |
| **Grand Total Charges** | | | | | | | | | **15,338.99** | **1,900.00** | **863.03** | **18,102.02** |

## Deinstallation Report — Services Deinstalled in SECAUCUS IBX - NY4 — Note this section is only informational

| LN# | Order# | IBX | Product | Product Description and Details | Reference | Item # | Quantity | Unit Price | Recurring | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Order #: 1-65471439507 | | | | | | | | | | | |
| | | | | Cross Connect- Multi-Mode Fiber | | | | | | | |
| 1.1 | 78812 | NY4 | Interconnection | Location: 006555 S/N: 5608395 CID: None THE GOLDMAN SACHS GROUP, INC | - | CC00001 | 1.00 | 376.23 | 376.23 | - | 376.23 |
| 1.2 | 78812 | NY4 | Interconnection | Location: 006555 S/N: 5608394 CID: None THE GOLDMAN SACHS GROUP, INC | - | CC00001 | 1.00 | 376.23 | 376.23 | - | 376.23 |

CONFIDENTIAL

SOL-0070477

```
ConversationId,ConversationName,AuthorId,AuthorName,HumanTime,TimestampMs,ContentXml
"+15043458246","+15043458246","+15043458246","+15043458246","--?T::Z",1501792472000,"<partlis
t type=""started"" alt="""">
  <part identity=""+15043458246"">
    <name>+15043458246</name>
  </part>
</partlist>"
"+15043458246","+15043458246",faiaassoc2,Sig,"--?T::Z",1501792472000,"<partlist type=""ended""
alt="""">
  <part identity=""+15043458246"">
    <name>+15043458246</name>
  </part>
</partlist>"
"+15043458246","+15043458246","+15043458246","+15043458246","--?T::Z",1501792508000,"<partlis
t type=""started"" alt="""">
  <part identity=""+15043458246"">
    <name>+15043458246</name>
  </part>
</partlist>"
"+15043458246","+15043458246",faiaassoc2,Sig,"--?T::Z",1501792508000,"<partlist type=""ended""
alt="""">
  <part identity=""+15043458246"">
    <name>+15043458246</name>
  </part>
</partlist>"
"+15043458246","+15043458246","+15043458246","+15043458246","--?T::Z",1501792545000,"<partlis
t type=""started"" alt="""">
  <part identity=""+15043458246"">
    <name>+15043458246</name>
  </part>
</partlist>"
"+15043458246","+15043458246",faiaassoc2,Sig,"--?T::Z",1501792545000,"<partlist type=""ended""
alt="""">
  <part identity=""+15043458246"">
    <name>+15043458246</name>
  </part>
</partlist>"
nslieske,Noah Lieske,nslieske,nslieske,"--?T::Z",1502436091000,"<partlist type=""started"" alt="""">
  <part identity=""nslieske"">
    <name>nslieske</name>
  </part>
</partlist>"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1502436091000,"<partlist type=""ended"" alt="""">
  <part identity=""nslieske"">
    <name>nslieske</name>
  </part>
</partlist>"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505718532650,I was just about to message Pidgin on the
USD/ILS issue
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505718542932,though I guess that just affects that pair...
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505719367499,"No easy fix for that, so disable the
pair in DVT-CLICKER, paste the issue into #network, and respond back to them and say that you have
disabled the pair for now."
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505719392765,"Actually let me respond, as I need
to clarify the amendment"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505719404386,yep
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505719992879,"I did unclick the pair. So let me know if I
should re-enable USD/ILS"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505720050072,"Looks fine to re-enable"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505720079040,"re-enabled"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505752364446,not a bad recovery and much better than
last Monday
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505753371644,Definitely a slow start..  TRY
```

**Exhibit 2**

2004Solares-1509550

saving us

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505753379144,On the profitability

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505753440130,"Missed RBI this morning. Tomorrow we bring RBI taker in LD4 , RBI LP in NY4, Cantor taker in LD4 live."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505753494333,And then we have Jewish holidays for rest of week (which I overlooked...  ) so Guy has requested we postpone any additional tests until Monday.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505753511787,Not a huge deal as we have our hands full with existing business.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505769407000,Not thrilled about DV&apos;s lack of response

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505769448618,must be yacht racing season

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505769481273,Jared &amp; Dino on a plane right now back from all expense paid trip to Singapore by good billionaire friend.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505769496586,Garrett being a pansy about the deal

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505769497868,ah the fun 20 hour flight

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505769513446,Shifra doing her job

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505769551915,Me probably overreacting but panicking...

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505769720419,Seems like a good negotiating tactic. Let Garrett be bad cop and then not have anyone else available

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505769751638,I think the biggest issue is getting actual real confirmation on the coins

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505769764623,then you know if it is something to panic about or not

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505769788624,like... if it can be a real deal it is worth saying... forget Garret and just focus on Jared and Dino

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505769800047,Internal deterioration not exactly a show of strength...

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505769857878,"Garrett is onboard, just needs jared to give him the push where he won&apos;t get fired (I believe he is salary + bonus)"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505769868969,"of course if the numbers keep going up past 11k, then will probably be a lot easier to hear from Jared and Dino"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505769876784,Also I think it comes back to the split..

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505769907829,"right split is super important, if it is real"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505769913207,Which is the current delay in Shifra putting out the agreements

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505769963145,"Pretty sure no one believes it is real, which makes it impossible to get any results."

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505769974471,right

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505769994956,"but, they have enough belief to want the lions share"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505838866618,Looking better today on the bitcoin stuff.  I leaned on Nick on his confidence level that it&apos;s all for real and he claims to have seen all the keys.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505838891978,Jared &amp; Dino want to meet with Nick.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505838896369,As a next step

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505839300689,"Then we get some paperwork, then we get the bitcoin guy on the phone, and then we are good to go"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505839359928,Still sounds crazy.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505839377315,So i got Alex looking for some devs for adapters.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505839402971,We need at least 1 anyway..

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505839438378,"But if we get the first deal, i saw we hire 3 to 5 and buy some machines with the proceeds"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505839539259,Did you talk to Jared or Dino? Or rgarricks

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505839596458,"Rich Garricks is Chris dev guy, nothing to do with it.  Garrett See, head of trading"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505839625959,Have not spoken with Ben &amp; Jerry yet.

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505839629026,ah. ok

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505839637646,They just got back from Asia
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505839652771,Garrett is &quot;CEO&quot; of DV Chain
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505839696475,And mostly for DV he makes sure all the reporting and risk integration is good.  He&apos;s something of a bridge between Risk &amp; IT
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505839710335,But he spends a lot of time on DV Chain
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505839950526,A honey pot of opportunity....
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505861242206,"Did I send you my notes on Tokyo possible liquidity providers? I meant to send it 2 days ago, but, did not see it in my sent email..."
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505861262876,Not that I think I found anything earth shattering
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505861290544,Resend please
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505861310545,Waiting on quote frank m Fluent
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505861319717,From Fluent
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505861319877,cool
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505861330049,"I resent to n@superstream"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505861337158,or sent for first time I think
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505861604848,"Notice the rejects?  Risk issue, I reset MOR already "
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505861633272,Yes. Sorry should have mentioned
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505861664289,Can&apos;t remember seeing them since the whole host of rejects that one time
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505861669897,I need to set an alarm for that
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505863977620,Actually disable session
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505863991730,Then send an alarm
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505896936362,"Hey, min"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505896946059,rejects
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505931396979,"well hopefully our worst days will be like today - not near a record, but, still not too bad"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505932331912,"tomorrow we should pass the most revenue in a month with 6 more days to trade. So should beat old record month by close to 50%"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505933210863,nice
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505933223254,some out trades on the NFP flurry
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505933249239,not too bad though..
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505933257599,cool
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505935389985,It is nice to see the number keep going up late in the afternoon. Not like when it used to completely die
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505935479266,Non Farm Payroll
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937103072,"I would not wait to order servers for tokyo. I would say we order once Fluent has the quote, and then if BTC deal happens we can use some of those funds to start Hong Kong or Singapore"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505937131116,Did i send the quote
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937136245,"We want to do Tokyo no matter what, I think, so might as well get going once reasdy"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937143729,probably so... I am by the popol
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937145229,pool
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937155057,so not checking dvtrading email rifght now
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505937163022,"Noah,
Here are the details.
Perhaps best to arrange a call with the team here next week to discuss further ?
2RU x2 servers = $1,750 each (total $3500). one-time cost
4 X 40 Gb connections = $500 each (total $2,000). one-time cost
Internet will be $500 per month
Low latency connectivity LD - TY = Fluent does do not have currently, we can let you know when we will be adding
Hosting in TY3 = $550 per month, per server
Cross connect = $ 500 initial set-up fee, then $250 per month, per x-connect
Hope that helps,"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505937191460,Monthly recurring is awesome.. upfront a little steep
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937209558,so your thoughts on Upfront total?
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937240887,"with hurricane Irma I don&apos;t have to

pay voodoo taxes until January, so that gives me a good bit of room the next 3 months"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937252418,t5axes that were due this month
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505937294524,Not sure how much we paid in servers last time..  but 25k?
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937315434,sounds about right. we just have to make sure no customs issues
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937338575,maybe order in Japan to deliver to Fluent
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505937338886,"So 25k in servers, 7500 in fluent costs upfront, $2500 / month or so recurring"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937366169,"we might have to pay more for assembled servers, etc., but, then maybe that saves a month or time"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937381013,I wired Equinix yesterday
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937430733,so lets figure out Ukraine costs next few months and I can send you a check. I guess sending from lobbyrat is the only option since it has to be from a company
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505937449482,We are still good for at least 2 months on Ukraine..
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505937452872,I believe
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937460624,ok. cool. then will send a check in a month or so
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505937463060,Unless we increase
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937470374,cool
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937495015,If London holds up I am fine increasing even without BTC deal
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505937504529,On the way back to naples now and will wire them tomorrow (i hopefully have power)
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505937524639,Should be 30k left in there.
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937530703,our neighbors only got power a day or two ago
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937544406,ok
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937607376,Fluent is in Hong Kong so that would be the next place after I guess
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937626110,unless you wanted to try Hong Kong and Tokyo at same time
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937637751,I am ready for HK and TY if you are
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505937645375,"Not sure who deals in HK... based on what David said there&apos;s not a lot of activity in TY3 for Fluent.  Only the major groups, which is probably best for us anyway"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937650064,well sorry.... you are the one that has to be ready&apos;
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937654189,I have the $ ready
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937677892,well they are there. so maybe worth asking
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505937680219,Sweet..  i&apos;ll explore HK next week and see if anyone is ready to deal there
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937689252,if we go both at same time they might be haoppy with that
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505937721470,Yes and we can be more organized this time.  Last time I was so pissed about software not working could hardly deal with hardware
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505937778252,Should be much easier...
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505937929864,perfect
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505940115380,Brian up $20k today
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505940125333,After several weeks of suffering...
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505940126394,impressive
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505940143911,"Was down -3k for the week at start of sessions"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505940144785,he would be better off in crypto
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505940145722,: )
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505974378141,There is a problem with RBI
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505974390704,seems we are letting RUB deals go through
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505974454767,when I looked in lmor I did not see RUB as an option to remove
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505974520753,"Not the cleanest solution, but we an disable their permission, so we can continue to trade it elsewhere"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505974577113,If you go to the RMI (new or old..)

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505974593489,I am there

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505974596488,"And expand the counterparty, you see their two maker sessions"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505974605472,&quot;Spread and LP configuration&quot;

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505974648411,"That brings up a box of currencies, and scroll down ot usd/rub and eur/rub and disable them"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505974679819,"Sadly this does not disable pricing for them, so they will reject.  But at least we can keep it on for the rest of click &amp; clickld4"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505974735897,what an idiot. I had looked for RUB/USD and I know better

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505974766304,"It&apos;s definitely in MOR as usd/rub, but let&apos;s leave it on"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505974779400,ok. cool.

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505974803479,so remove it for RBIMaker and RBIL

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1505974816008,Yep

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505974825745,ok. then you can go back to sleep.

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1505974835823,rookie mistake

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506013684342,I guess we lucked out on the GBP/JPY deals.

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506013703561,I emailed confirming nothing was done for fastmatch to resume trading

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506013944362,"ok. so those prefills were not so good. the last ones -460"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506014266592,That was an ugly partial

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506014271014,That was DK&apos;d

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506014271914,yes

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506014294696,did not seem bad at first... then very bad

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506014297233,That stan covered and I didn&apos;t see he was covering

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506014304540,yep

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506014333400,agile of course running slow

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506014466891,"Where did you come up with -460"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506014493777,"<URIObject type=""Picture.1"" uri=""https://api.asm.skype.com/v1/objects/0-cus-d2-6038fe7d687773532be36cc15b9d2b4c"" url_thumbnail=""https://api.asm.skype.com/v1/objects/0-cus-d2-6038fe7d687773532be36cc15b9d2b4c/views/imgt1"" ams_id=""0-cus-d2-6038fe7d687773532be36cc15b9d2b4c"">To view this shared photo, go to: <a href=""https://login.skype.com/login/sso?go=xmmfallback?pic=0-cus-d2-6038fe7d687773532be36cc15b9d2b4c"">https://login.skype.com/login/sso?go=xmmfallback?pic=0-cus-d2-6038fe7d687773532be36cc15b9d2b4c</a><FileSize v=""25492""/><OriginalName v=""2017-09-21 13_21_19-Date and Time Information.jpg""/><meta type=""photo"" originalName=""2017-09-21 13_21_19-Date and Time Information.jpg""/></URIObject>"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506014510731,just ballpark from looking at execution report

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506014874412,"Send that to <a href=""mailto:va@superstream.com"">va@superstream.com</a> and cc me..  contradicts the ES2 report"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506018079293,some good news...  we have the opportunity to be the exclusive full amount 5M provider for FX All for a period of time

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506018103137,Bob has 3 clients ready to be takers on our 5M feed.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506018119918,all of which understand the rules of engagement (or so he says..)

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506018137221,wow

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506018181810,he&apos;s had a few clients recently interested in full amount feeds..  i called him yesterday about it and asked and we got around to us being makers for it

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506018200457,crazy.

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506018235583,"not quite the bitcoin deal, but, sounds really really promising"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506018235639,"rules are roughly 5M FOK, where we have to get it filled or reject in &lt;250ms"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506018252687,and the takers will give us the full amount of the deal..

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506018253645,ok. so at least it is not &lt;200ms

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506018291547,which means they are trying to deal at a 5M price instead of 1m price * 5...

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506018300047,should be very good flow as long as they follow the rules

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506018332282,"-590 in JPY...  so that probably cost us a lot"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506018423711,"yeah, and we did 6 million in JPY in a minute a while ago but did not lose much there"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506018911794,"looks like -1500 in all"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506029853046,That was pretty wierd

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506029870171,You want to respond to FXALL or should I?

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506029889219,Go for it

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506065232478,A lot of weirdness today

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506065444505,Anything else other than the start of the session?

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506065452724,And this last issue

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506065500563,just the issues earlier in afternoon when I was watching a bit more than I had been in the afternoon

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506066021715,"Fxall timeout to start the session.. that was MOR warmup latency + ADS latency"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506066081514,Then the gbp/jpy spree...

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506066095578,yeah that was weird

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506066096811,We had 5M in positions while they closed out

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506066114561,Fortunately all closed out without me having to cut..

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506066122141,and deals just seem to come in bunches with long periods in between

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506066160923,for a while I thought the revenue would end up pretty good but then it just died down for a long time

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506066190346,of coure not too many TRY deals can turn that around

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506066197941,"Then I made an age old mistake that we need to fix and make not possible.. forgot to leave the prefill engine in eur/usd.  So the fxall making session didn&apos;t fill up properly on the partial, causing the exposure and session to be blocked (which i just fixed..).  Woke up just in time for that, flat with..."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506066282192,4 pip loss

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506066397711,"$70,141 revenue for the month so far. So 5 and a half more sessions to generate $30k more to break $100k for the month."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506066463103,Any time you see a partial on dvFXALLMaker it&apos;s an out trade...

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506066469790,(All orders from them are FOK)

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506066479000,ok

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506105219290,"So it would be pretty difficult to beat last weeks numbers in the next few hours. But, $26k on the week so far is not bad at all."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506105464016,nice

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506105470188,"yes, just got off the line with fastmatch"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506105490532,"the 5m deal just got easier, as we have up to 500ms"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506105502998,nice. not as big of a leap

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506105504954,that&apos;s a huge relief to be honest

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506105879165,so that starts on monday.. i have it looking pretty good

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506105959948,we didn&apos;t get into the other flows too much.. they didn&apos;t have any complaints

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506106067695,awesome

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506113725156,ready for p&amp;l next week?

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506113766250,ah wow just a few days away
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506295244642,"<URIObject type=""""Picture.1""""
uri=""""https://api.asm.skype.com/v1/objects/0-cus-d2-47966d4e930c7560efd757e8d41d2ce9""""
url_thumbnail=""""https://api.asm.skype.com/v1/objects/0-cus-d2-47966d4e930c7560efd757e8d41d2ce9/vi
ews/imgt1"""" ams_id=""""0-cus-d2-47966d4e930c7560efd757e8d41d2ce9"""">To view this shared photo, go
to: <a
href=""""https://login.skype.com/login/sso?go=xmmfallback?pic=0-cus-d2-47966d4e930c7560efd757e8d41
d2ce9"""">https://login.skype.com/login/sso?go=xmmfallback?pic=0-cus-d2-47966d4e930c7560efd757e8d
41d2ce9</a><FileSize v=""""161314""""/><OriginalName v=""""2017-09-24 19_20_16-RBSMarketplace -
FXRolls.jpg""""/><meta type=""""photo"""" originalName=""""2017-09-24 19_20_16-RBSMarketplace -
FXRolls.jpg""""/></URIObject>"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506295270486,Just want to show that on the rolls there
will be a $175k EUR today
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506295311330,"so I am not rolling it now, but, I assume it
would show that amount at 2:03 am or so when I go to do the rolls. So I wanted to give you the heads up
on that"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506298558668,"Ouch, looks like that is left over
exposure from last week.  Roll it."
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506298567630,ok
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506298744948,and a 500k aud left over
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506298769731,not available to roll?
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506298774854,it is...
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506298780716,roll it
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506298790980,I just did not pull trigger yet since I had not
mentioned the AUD specifically
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506298796058,ok.
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506298818576,"cool, i saw it on friday just after
close and hoped it was just delayed.."
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506298831277,yep. that is why I checked early
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506298867889,it appears to be exposure I missed to
cover on friday.  luckily was pretty hedged with a short / long position on eur usd aud
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506331220757,I guess not a bad start for a Monday. We
were at least positive the whole time. And a few nice deals. But a fair amount of slow periods...
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506331248870,german elections making it very
noisy
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506440197807,"maybe suggest testing the feeds right
before the end of the day? so if they are going to be flat by 4:45 pm, then test each one at 4:47 pm or
whatever. Then it is not a break in the middle of the day. not sure if the would make sense"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506461325773,any thoughts on inviting chris
katsulis over to the show?  I am on the fence about it as he is slowly trying to dethrone our position
technically.  but on the other hand doesn???t have a chance to catch up technically
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506461343068,"I think you have a better feel for how the
DV guys are.... so if you are having concerns, then I would think inviting him along is more of a risk than
it is worth."
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506461471225,"He might have 0 chance of catching up
technically, but, they don&apos;t necessarily know that"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506463459368,"Agreed, only feeling that working
together is our best chance at succeeding.  Unsure if he will concede and take a second char or will just
continue to try and poke holes.  He is not the best in social environment anyway."
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506463490060,I avoided telling him I was here
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506463499019,Cool.
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506463739430,Off to meet FXALL
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506463767407,Then maybe Currenex party
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506463894372,nice. have to love fxall
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506549142840,Do we have a position?  I am in a
crowded spot
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506549201232,It is still showing on Agile
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506551337957,How much / what
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506551358605,"We need to sell 500,000 GBP/AUD"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506551385277,"<URIObject type=""""Picture.1""""
uri=""""https://api.asm.skype.com/v1/objects/0-cus-d2-a9353b78e0443cd29f8ad6c198223cfc""""
url_thumbnail=""""https://api.asm.skype.com/v1/objects/0-cus-d2-a9353b78e0443cd29f8ad6c198223cfc/vie
ws/imgt1"""" ams_id=""""0-cus-d2-a9353b78e0443cd29f8ad6c198223cfc"""">To view this shared photo, go to:

<a
href=""https://login.skype.com/login/sso?go=xmmfallback?pic=0-cus-d2-a9353b78e0443cd29f8ad6c1982
23cfc"">https://login.skype.com/login/sso?go=xmmfallback?pic=0-cus-d2-a9353b78e0443cd29f8ad6c198
223cfc</a><FileSize v=""16017""/><OriginalName v=""2017-09-27 18_29_31-Microsoft
Edge.jpg""/><meta type=""photo"" originalName=""2017-09-27 18_29_31-Microsoft
Edge.jpg""/></URIObject>"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506551415184,"It was an all or nothing for 1,000,000 and
we only completed 500k"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506551446295,What price in for
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506551473513,1.70646
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506559695186,All good?
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506559750264,yes
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506559777390,Lots of great news from the
conference...
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506559781030,"not like 2 weeks ago. but, better than last
couple nights"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506559838329,And seems like we have a thumbs
up from DV for BTC deal..  just need an agreement now
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506559845937,right
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506559851219,Lots of digital currency fanatics
here
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506559853234,and just need it to be a real deal. : )
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506559860110,yeah. I can imagine
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506559877844,nothing like $100 billion in market value
being created in a few years to get people interested
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506559901439,You saw the otcxn guys?
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506559969611,I have not looked into it before
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506560926462,They are here.  Many ideas on how
to move a lot of coin
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506560949973,I think they raised 10 and should be
worth 50
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506566953326,started getting some rejects
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506566996373,16 in last couple minutes
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506567039519,Checking???
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506567041530,was all for  DV_FASTMATCH
dvFMMaker2 09/27/2017 22:49:09.991 XC1506566949989762 USD/HKD
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506582158416,the rejects and cancels seem a bit too much
still
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506609487959,of course the day when everyone in
the industry is out at a party we pull out 2 billion in turnover
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506614962796,The difference in activity between 1 billion
and 2 billion is a lot more than I thought it would be
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506619723647,"Me too, I think I might have said
the right things to the right people. But our yield is off."
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506619768301,"yeah would be nice to break 11k. but, still
pretty incredible"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506620143908,Please watch.
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506620151323,will do
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506620167386,you about to fly home/
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506620169386,?
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506620204680,Flight at 6
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506622657335,A couple rejects
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506636410000,Crazy volume increase...
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506658904557,"home.....  It was a long crazy week,
but I would say a very big success."
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506658912581,cool
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506658933167,sorry to leave you hanging..  was
very hard to focus on anything
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506658950409,understandable.
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506658968042,I should have planned for that
more..
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506658970160,It only was probably about double your
usual insane workload. : )

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659016762,"much more exhausting, remembering what to say and not to say to whom, their names, etc.."

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506659026379,I guess if you want to make some changes to go for a bit more yield before you go to sleep

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659051059,and it&apos;s nonstop open bar (I hardly spent anything as everyone is very eager to just buy drinks or pay for dinner....)

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506659105037,well luckily you are a pro at handling bars too

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659239719,"next year we should make a little sign and have some sort of giveaway and just sit at the big table next to the bar...  everyone is always at the bar and co-mingling / talking.  The show itself is everyone we are already doing business with or don&apos;t want to do business with (a couple of tech vendors, but not many)."

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506659245930,so what was the most exciting take away from the conference?

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659262017,The one panel I sat in on literally put me to sleep ..  geopolitics

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506659273556,cool

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659299674,a bunch of bitcoin opportunities...

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659336518,"I spread the word in a casual sort of way that we are ready to do block trades in bitcoin, if anyone has any large wallets laying around..."

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506659346838,: )

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659390769,I talked to Dan about our deal and he got active with Garrett.  Garrett then responded and sounds like we are in motion on the whole thing.

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506659429543,that would be a game changer

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659459724,"OTCXN ...  cool, smart group of guys who are close to something big"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659481615,"<a href=""http://otcxn.com/"">http://otcxn.com/</a>"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659496006,The CTO has a good deal of experience moving large chunks of coin.

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506659536357,"looked interesting, certainly sounds hard to pull off"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659551850,The CEO is well versed in traditional forex.  The CFO is an investment banker by trade.  The COO was adament about making sure I&apos;m in the loop.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659584882,"Apparently DV Chain might make a token investment..  I doubt it, but it&apos;s possible."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659618617,They need a custodian...  same issue we had

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659677884,"Noble is back on-board and agreed to $1 / million.  They are doing &lt;100m a day now and ready to re-engage."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659714822,"I want to pre-vet the legal side and make sure there is a chance for it to happen before reviving it with DV EM &amp; legal"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506659719579,a lot has happned n the crypto space while we were away

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659744432,"Noble has a hub of crypto exchanges, where their focus is currently."

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506659753642,alot easier to bring things up to DV as the numbers improve

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659773277,So they could be our MSB it appears...

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659803590,"and could help us obfuscate the coins, so they are not so high profile"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659837153,CTO of OTCXN suggested we build our own BTC tumbler to obfuscate the coins

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659880513,"(i went in to very little detail, but suggested we had a repository of old, high profile coins.  he was very forthcoming with info....)"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506659900723,thing is... once anything moves from one of those wallets it will immediately draw attention

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506659902654,and of course OTCXN &amp; Noble don&apos;t get along.....

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506659943989,"nothing has moved from it since before 2011 - at least the wallet we were told about"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506659957599,and it is on all the lists of biggest wallets

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506660002844,"right, so one thing Howard reminded me of (ironically Howard is Lee&apos;s old Boss and he hates Lee and won&apos;t do business with us if Lee is involved, launching a new ECN, used to be CEO of Cantor....)"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506660027422,are the confiscated coins by the government...  and supposedly this Dr. was in the CIA

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506660037000,maybe a connection there

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506660085866,the plot thickens

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506660088314,and the CTO of OTCXN knows of one guy who has 300k coins...  could be the same

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506660296459,"And Howard works with Angelo, who is executive management at BGC Partners, who is now a very big shop.  They just merged with GFI group.  So it&apos;s now Cantor + BGC + GFI...  Angelo &amp; I worked together in Lucre days.  He&apos;s put together a SEF"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506660307683,I think one of the most advantageous things about running an exchange would be charging new crypto currencies to include them on the platform

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506660318995,"but, of course you would have to have traction first"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506660390523,"the SEF designation is for &quot;covered transactions&quot; which is anything out of spot (options, forwards, etc.)"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506660406179,I assume digital currencies will end up being required to trade on a SEF

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506660433524,"Teraexchange.com is a SEF, not in production.  (btc futures &amp; forwards)"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506660468415,Swap Execution Facility

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506660476967,was just googling that

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506660509791,"swap = covered transaction = derivative = off exchange future, forward"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506660538323,"really dark, esoteric asset classes that the banks make up"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506660576141,right. I like the concept of creating a really dark esoteric crypto currency

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506660673091,"a fair amount of ICO talk, but there is a big divide, where there are many do not buy into the DC hype"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506660713127,I am not sold on Etherium ever getting beyond ICOs

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506660764597,"seems way too convoluted or too grand of a scheme, can&apos;t see how it could be pulled off, but, who knows"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506660787175,"they figured out the ICO part - which really just reminds me of mastercoin and similar others early on"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506660835875,there&apos;s a ton of ICOs popping up.. which is basically an illegal ponzi scheme in the federal government&apos;s eyes

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506660892486,selling shares to retail public to raise money for who knows what...

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506660919068,it is all just about marketing and hype

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506660952159,"every sales person needs to have a series 7, there needs to be a series 24, series 63 involved, a private placement memorandum, blah blah blah.."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661124553,"these guys are gung ho about starting to trade together..  also they have some option activity: <a href=""http://velocitytrade.com/"">http://velocitytrade.com/</a>"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506661289137,"these guys I saw at a conference a few years ago <a href=""https://maidsafe.net/"">https://maidsafe.net/</a> at the time their coins market cap on coinmarketcap was $7 million. Now they are at $224,365,530. I don&apos;t think they delivered on one promise yet..."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661294900,my meeting with fxall went great... a lot more flow to come from them.  my meeting with fastmatch went awesome...  a lot more flow to come from them.

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506661311591,awesome. awesome.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661418699,oh I lined up a bunch of tokyo business...

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661436215,everyone very impressed with

london and excited about tokyo
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506661441452,nice
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661464419,"currenex, 360t, fastmatch, ads,"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506661475047,cause you know it would cost most
organizations 10times as much to get set up
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661497388,"big groups are already there or
want to be there, but still small volume"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661501919,lmax is there..
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661527529,"lmax in NY ready to give us there
tight feed, as long as we behave"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661538998,(same in london)
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506661585002,wel we know crypto is huge in asia
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506661598877,not that it would be an easy market to
crack
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661607672,"and i got a handful of cards where
I really have no idea what they do, but they are good opportunities.."
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506661639721,if we can&apos;t get us bank set up for
crypto I can imagine how hard it would be to get in tokyo
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506661649143,for crypto that is
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661665235,that was the reservation about asia
in general.. trying to crack into the market.  But we are already cracked in with known counterparties /
technology / venues...
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506661673566,exactly
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506661676535,ads
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661706377,"currenex is 3k ++ per month, but
they are live in all 3 spots"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506661723489,very nice
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661747690,"so I negotiated us to be makers and
go live in all 3 spots at once, with trial period for the fees."
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661812285,i think they are willing to waive the
fees as long as the volume is higher than the fees.
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506661823662,nice. so 3k per spot?
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661854770,"unclear, but it&apos;s expensive.."
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661895349,EBS (NEX) is ready for us in all 3
spots.
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661904224,360T is ready for us in all 3 spots..
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506661905117,well we know without paying for
fastmatch commissions we never would have gotten anywhere
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661927490,360T is 5k set up and 2k a month
maintenance
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506661931148,you talk to DV about Tokyo?
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506661999226,"after the Jeffries meeting, they all
scattered and I didn&apos;t hear from them at all.   I think taking up the whole team&apos;s time for 1.5
hour banking meeting did them in"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506662012197,turnover for 360t and currenex?
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506662015586,(which went fabulously ....)
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506662072681,"Currenex (owned by State Street)
has done upwards 100 yards a day.  Unclear what they are really doing now, but it&apos;s north of 50
yards a day"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506662073791,well you covered a lot more ground than I
would have thought at the conference
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506662093057,sounds like a no brainer
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506662110197,360T claimed 20 yards a day...
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506662135371,so could be almost another fastmatch
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506662178511,"right, i think that&apos;s the best
strategy for us.. focus on big venues where we can fly under the radar and pick up to 5% of the
venue&apos;s turnover"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506662206558,and all of the above work with
options..  they all have SEFs either in process or completed.
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506662240653,options &amp; NDFs..  EBS guy I
met does 12 yards a day in NDFs
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506662339248,"SocGen &amp; Jeffries will get us
credit for trading on all of those venues with options &amp; NDFs when we are ready.  And since DV is a

qualified &quot;floor trader&quot;, we can do deals on a SEF and not be considered a swaps dealer."
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506662410937,(which means we don&apos;t have to worry about the $3 billion maximum annual turnover for 2018 in covered transactions (swaps) to avoid swap dealer designation...)
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506662441392,it does not sound like there is much sleep in your near future
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506662566471,"and the fx options and forwards are illiquid, wide, and coveted by the banks, much like spot was 10 years ago.  so it&apos;s a no brainer for where to focus on in the future.  super complicated and hard to get into, but very lucrative and sticky once we have it in production"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506662685333,i guess a lot like digital currencies.. big difference is that options &amp; NDFs account for $2 trillion out of the $5 trillion per day
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506662838961,You ready to order Tokyo hardware? : )
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506662893696,"i think it makes pretty good sense.. we won&apos;t double our turnover, but definitely increase by 20 to 30%"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506662913587,so did Hong Kong not appear as promising from the conference? or not come up
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506662918228,gives us a lot more credibility...
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506662936306,and Tokyp is a very incremental expense
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506662939025,no one trades IN hong kong..
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506662964291,so don&apos;t need to make too much for it to be &quot;profitable&quot; and it should be a growth area in years to come...
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506662967197,ok
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506662972386,0 interest at this show anyway..  and no interest from FM or LMAX to expand beyond the 3 citie4s
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506662987901,or currenex
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506662999136,well then that answers that
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506663125045,metal cards are a hit..  everyone impressed with the DV name &amp; history..  only 2 people brought up Lucre in general.  No one called me out on the fallout
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506663132341,who know maybe we can help fastmatch in tokyp
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506663159091,then that would help with the relationship since they kind of suck there (relative to other places)
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506663168326,cool
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506663186827,"yea i thought we could get more like 10% there"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506663309564,"and garrett agreed to next step on btc..  (said that already, but big thumbs up for that..)"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506663385690,was definintely worth the ~$3k &amp; 3 days I spent on the trip..  (I put most of it on lobby rat card...)
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506663400408,no doubt. cool
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506663455207,"we should do something creative for the Miami show...  some gimick that isn&apos;t too expensive, but people remember"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506664125580,"two more....  i convinced chapdelaine to look at using our GUI and API solution for their platform of choice that they offer out...  we used to do this in Lucre, where we both are LPs in the platform and they can white label it"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506664190034,"i might fly to NYC on Monday / Tuesday and meet with Doug Chapdelaine (they are part of tulletts prebon in NYC, doing about 3 yards a day, suffering without good tech)"
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506664226672,sounds like a worthwhile trip
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506664254239,would be nice to have our GUI in action..  also pitched the fastmatch guys on our gui.  they did not say no
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506664269739,and CFH Clearing said yes for sure to the GUI
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506664278880,and to be a prime of prime destination
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506664285317,for their customers....
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506664307596,did anyone tell you no at the conference. : )
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506664370460,i avoided the ones that would say something negative..  heh.
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506664400585,"tried to get integral onboard, but their rep was dumb enough not to meet up"

2004Solares-1509561

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506704926660,"and the yield was not too bad the last several hours. the evening was fun - but, the yield did suck"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506734611295,"<a href=""https://techcrunch.com/2017/09/29/the-sec-has-charged-two-initial-coin-offerings-with-defrauding-investors/?ncid=rss"">https://techcrunch.com/2017/09/29/the-sec-has-charged-two-initial-coin-offerings-with-defrauding-investors/?ncid=rss</a>"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506895278362,starting the week out with a much nicer yield

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506966696880,"nice to see some really big flow. the pre-fill on it was not as much fun though."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506970489531,"Got our first 5m today, as you see it did not go so well."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506970523078,I turned it off while we sort through it

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506970531787,ok. cool

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506970717456,"We had 2 LPs down and something is funny with 3M engine...  but still we routed 5M to fxall because they said they had it (we had a vwap of 5M with .2 pips in our favor on the match), routed them 5M, they returned 1m.  4m went to prefill to fill out the 5M deal"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506970730815,And it moved a full pip against us while we were closing out

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506993950211,How will you respond to NatWest on their question: &quot;We see a small EUR0.99 position for value today ??? 03/10/2017. Pls advise.&quot;  Seems like those kinds of questions from them are coming more frequently...

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506993975532,I meant to say to roll / net it

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506993985579,But got distracted

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506993985711,ok. will check now

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506994063806,on the roll program it is not an option to roll it...

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506994071041,"<URIObject type=""Picture.1"" uri=""https://api.asm.skype.com/v1/objects/0-cus-d1-1ecc3ba44f51f9997b42e4bb578e2da0"" url_thumbnail=""https://api.asm.skype.com/v1/objects/0-cus-d1-1ecc3ba44f51f9997b42e4bb578e2da0/view̄/imgt1"" ams_id=""0-cus-d1-1ecc3ba44f51f9997b42e4bb578e2da0"">To view this shared photo, go to: <a href=""https://login.skype.com/login/sso?go=xmmfallback?pic=0-cus-d1-1ecc3ba44f51f9997b42e4bb578e2da0"">https://login.skype.com/login/sso?go=xmmfallback?pic=0-cus-d1-1ecc3ba44f51f9997b42e4bb578e2da0</a><FileSize v=""27826""/><OriginalName v=""2017-10-02 21_27_32-Microsoft Edge.jpg""/><meta type=""photo"" originalName=""2017-10-02 21_27_32-Microsoft Edge.jpg""/></URIObject>"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506994079510,it shows up but there is no checkmark there

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506994149855,I can respond to them and ask

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1506994212144,You can reference the email where Sam said anything &lt;1 would be &quot;written off&quot; and that it&apos;s not available to roll / net.  You may as well net what&apos;s there

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1506994232778,ok. will do

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507057192303,"On super-safe auto pilot at the moment, about to go into dentist for couple of hours.  Everything set to roll over automatically.  SHould not be an issue."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507057232975,Blow up ALex&apos;s phone / skype if I&apos;m not cognizant

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507057476151,cool. will do

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507066473539,that is the best deal to start a session in I don&apos;t know how long... but a long time

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507066773743,Fairly ironic that it&apos;s FX All taking from us and us taking from FX All to produce $110 / million first deal

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507066794727,More so there was no spread on it

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507066837577,you still at the dentist? feeling loopy?

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507066919760,"All good, headed home.  Just sleepy (I took a muscle relaxer got me through without much panic)"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507066935313,nice.

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507066953532,well you can get a good night sleep for once

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507067625895,Net the HUF that Katie just brought

up?
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507067634848,Of course she never cc&apos;s support
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507067640856,ok. will do
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507067728920,is that for $65?
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507067783640,I rolled the few positions that were available
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507067919017,It is not giving me an option to roll the 65 dollar position on HUF on either a RFQ or the CLOSEOUTS option (since there are 2 options you can choose when you click &quot;START&quot;).
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507068103229,Respond to Katie with the same?
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507068109130,will do.
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507074610496,"The DV guys are relentless and have no patience...  After being in the slack for not so long I can see how Chris, etc., have managed to get on your nerves."
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507090462965,it has not been as pretty since the first deal
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507090650093,On the currency that was sitting out there. I should have converted 65 HUF to USD. It is only 0.25 USD. So it was less than $1. So that is why it would not roll...
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507090695506,I see.............  just tweaked it a bit
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507090705438,cool
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507231474340,"22k left in LRI wells, ~1k left in LRI bbt."
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507231486403,sending 5400 to fluent today...
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507231517059,2 months.  Ukraine due again last part of October
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507231536216,so i&apos;ll be out of cash by the 1st
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507240205589,"cool. plus we have to decide on Tokyo - or if that is on credit cra don&apos;t have to send cash for that. will send in next week or two for a good while"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507240226102,i was going to ask that next but got distracted
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507240228117,should i start
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507240228805,?
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507240481766,yes. let&apos;s go for tokyo
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507240605426,numbers have not looked awesome lately but would really be in gutter without london
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507240700861,"yep, was super slow most of the day, then get volatile for a bit..  that 5 usd/mxn hurt (-250..)  and an overnight deal hurt too.."
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507240749459,right in a couple seconds the numbers fall by a couple hundred
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507240761397,also a crappy deal this morning some time when I looked
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507240844504,surpisingly low volumes this week.. i guess because of JEWISH HOLIDAYS
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507240845957,lol
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507240899302,they are nonstop
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507240957040,cool. I hope it is because of that
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507240997460,bound to be a certain amount of people changing their algos to adjust for us
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507241003757,but look at FM volumes...
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507241065525,"yeah, people figuring something out and adjusting is what I worry about"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507241193089,"and markets changing... plus new features we put in, getting used to, plus"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507241204574,"new counterparties bringing on, affecting the system"
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507241210402,lots of variables apparently
nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507241336514,fxall ready to open the flood gates once we get to 125ms
nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507241415579,compared to where we were a couple months ago looking pretty good

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507242470957,"if we buy the gear and have it shipped to naples, can get it all working here first"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507242492269,as long as there is a way to get it to Tokyo.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507242505161,we just have to declare the value to get it to tokyo to pay the import taxes...

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507242508472,without all the customs issues

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507242520755,"well we have the vat # now, but i guess that is for london"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507242525207,yep

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507242529677,so need to research the vat issue in tokyo

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507242582567,will take a look

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507242951795,"sheesh, cpu we bought has not dropped at all"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507243790322,"From japan customs &quot; Import declaration must be made, in principle, by the person who is importing the goods; however, a customs broker which is registered as an official import management company, may perform the application as a proxy for the importer. &quot;"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507243815791,"So I am looking for customs brokers in Japan - hopefully that will be option. also messaging different intl shipping orgs"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507245039125,"According to FedEx Japan: &quot; Although the maximum rate is 60% of CIF value, duties are usually between 3-15%.  VAT (Consumption Tax) is 8%.  Duty is based on the transaction cost of the goods plus the cost of insurance, freight value and associated charges such as brokers fees, commissions, etc.&quot;"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507250043083,"So we lie and take more risk on insurance if something goes wrong, or insure for the full amount and pay 3 to 15% extra"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507250623817,They will require a Commercial Invoice and Certificate of Origin. So buying parts and assembling could lead to problems like last time. Not sure.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507252510235,amazon delivers to japan

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507252544079,but it will be a royal pain configuring remotely..  I guess Fluent did a decent job last time but they took upwards a month.  And they don&apos;t have people there.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507252568017,sure would be nice to have them live and ready to go once they arrive

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507252581616,right. that is the tricky part...

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507252610034,"this is the next generation CPU.. <a href=""""http://www.provantage.com/cisco-systems-ucs-cpu-e78894e~7CSC8LW4.htm"""">http://www.provantage.com/cisco-systems-ucs-cpu-e78894e~7CSC8LW4.htm</a>"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507252633284,maybe next year

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507252694332,"our procs are good..  if we upgrade, i&apos;d rather have it in NY than TY"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507252753385,good point. let&apos;s dig into the customs a little more before deciding

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507254122976,alex requested some drives to make a big drive array in NY4

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507254124882,"I know you shipped already, but curious if you used the FedEx standard Commercial Invoice, or something else?
Commercial Invoice that is default makes it appear you are selling the items and customs and taxes go up. But a Pro Forma Invoice option (have to provide your own) is for designating this is basically shipping to yourself for your own use - no sale going on. Much cheaper.
You can do Ship To: as your company, C/O Equinix whoever needs to be named, and then your From: is same company name - helps with this shipping to/from your own company aspect.
Regarding the packing waste - are you using their All-hands for unpacking and racking? They&apos;ll charge you then.
Just make sure no foam peanuts used."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507254135695,"<a href=""""http://www.webhostingtalk.com/showthread.php?t=1662755"""">http://www.webhostingtalk.com/showthread.php?t=1662755</a>"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507254138586,at the bottom..

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507254223384,"these companies are so funny... they have their entire business models on the front of the website, corporate vision, everything.  <a href=""""http://www.twave.co.jp/english/"""">http://www.twave.co.jp/english/</a>"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507254227728,quite a few like that

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507254279677,Now is a good time to improve hardware in NY4

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507254340089,"i think 2k or so would be enough to flush out storage and maybe replace some older drives that are down..  another node would be great, then we could ship some of the pancake boxes to london"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507254347959,I would prefer to use Fed Ex in shipping to Tokyo out of the options

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507254398522,and if we ship more to London let&apos;s go with Fed Ex

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507254406632,"but, definitely for tokyp"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507254409851,tokyo

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507254409981,I think we have plenty of horsepower to do lots of volume already in NY.  We are out of space in general.

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507254426476,"always running out of space,"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507254447586,"that seems very annoying, like early days of free hosting and space"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507254509321,"and on a different note these guys are really doing something like the original icpoints <a href="""https://www.wired.com/story/the-social-network-doling-out-millions-in-ephemeral-money/"">https://www.wired.com/story/the-social-network-doling-out-millions-in-ephemeral-money/</a>  much more so than the lest one I sent. a social network that gives their currency for activity.."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507254547217,much different note.. lol

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507254568385,"well storage space - made me think of free hositng - made me remember..."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507254614703,cloud is pretty expensive.. i think we can do it for cheaper internally.  but certainly an option to start pushing older data offsite

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507256762113,i would love to go there.. what a trip that would be.  i found most parts for it on amazon.co.jp

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507256778270,in my cart.. lol

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507256791735,nice

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507256812079,the 20 hours of flight there and back would not be much fun

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507256921831,Profit &amp; Loss Singapore 2017. November 9th 2017. Profit &amp; Loss Singapore 2017

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507256952555,roughly 4k and 27 hours

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507256956773,to tokyo from mia

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507256979160,and 7 hours from Tokyo to Singapore

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507256995192,I was used to the 20 hours to Singapore

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507257041963,maybe next year

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507257042853,lol

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507502078529,not the best start

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507504054523,Ugly

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507509233151,"now just need about 42 of the last deals to break even for the day +$53"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507603917892,Watch for those 5ms

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507674014636,"rough couple of days with usd/try...  I dropped the size to .5m maximum for try, which limits our upside on the 1m deals, but seems necessary"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507675154150,Right. I should have said something right after the very first crappy TRY deal. Would have been nice to have avoided the $2k loss.

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507675191259,What direction do you think is best for Tokyo? Still best to set up servers here and then ship there?

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507750749491,Seems like it has been an interesting day. Nice to have decent volume and revenue. If the connection from New York to London does not come back will there be any changes for tonight?

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507753503763,trying to get london started with alternative london route

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507753511932,cool

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507760845787,i shut off DW (chapdelaine) for now..

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507789807751,The cad is from the rate mismatch. Check pretrade.

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507789821007,"yeah, that is what I was thinking there"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507790016525,"so when there is a mismatch in the future, just let you know but plan to not roll it?"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507790221429,We&apos;ll ask sam in an hour or so

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507827285492,"painful week in general.  you will see soon enough the -1k usd/mxn deal, 5m went wrong.  we&apos;ve had several go very well and this last one complete failure.  both losers on 5m mxn were the intial clip went FX all algo and they rejected 4m+ each time making us miss the opportunity.  ADS cleans it up nicely.  glen eagle rejected 2 yesterday. mixed results...."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507827379697,"plus this goofy scenario this morning we lost -700 in TRY because of a technical issue with lume.  i could push them for compensation for that, since the f&apos;d a number of things.  it was looking like a great day before both of those issues. but i made several changes on the 5m feed and hope we can start going the other direction on profits"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507827632484,"our one from fxall today (first one..) went great, but was only +120."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507827728376,seems the fastmatch ones are harsher...  maybe i&apos;ll spread them out some more

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507827829403,It is tricky because it does not take much to kill a day. One bad TRY deal even for only 1 million can kill a day.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507827862129,"i could wrap it up and not play with the bigger size for awhile, but it seems like a very good way for us to go overall."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507827900708,"we are down only a little bit on the project so far, if you average all the 5s together"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507827908341,like you said the market has changed alot in the past few years.

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507827921529,so you can&apos;t expect to just come in and have it perfect form the start

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507827974491,"yep, much different"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507827980983,no better time than the present to try to learn the 5m

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507828001648,glad you agree

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507828210168,"-1700 in lessons so far"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507828275544,"+500 on dvFMMakerD"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507828306092,"+85 on FXALL"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507828345670,"+536 on Solid2Maker"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507828360530,"so we are down about -600 so far (before fees..  )"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507828471751,"if you open up this one to the 9th, you can see how a very nice 5M mxn looks:"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507828473095,"<a href=""https://backoffice.superstream.com/MetaTrades.xhtml?trader=239788"">https://backoffice.superstream.com/MetaTrades.xhtml?trader=239788</a>"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507828500689,$536.26 profit in 128 ms

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507828830587,The only thought is maybe turn off the 5s overnight? So that you can see all the ones that go through as it happens and you can learn more from it.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507828856900,i have been widening

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507828910463,"have not seen any overnight, i think they are mostly US daytime which is nice"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507828978059,i could drop size to 1M overnight too

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507829002106,another interesting idea is to add a 1 &amp; 3.  we&apos;ve seen a couple very nice 2M deals

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507829013278,but that&apos;s tricky to keep the 5m tight

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507848166629,"I guess you saw the craziness of Bitcoin going up 10% today"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507849107703,"Yep, Nick wants to move 4k coin soon.  His bigger deal is going to take time to materialize."

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507849131141,That would be a nice Christmas presant

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507849188047,"The geniuses at DV wanted Nick to take over the agreement, which i thought is a terrible idea"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507849201579,He suggested tying it into the trade agreement for commissions

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507849207408,right. I remember you stating as much

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507849216110,So i&apos;ll pitch that on them tomorrow

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507849219518,it is a bit complex

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507849224376,Start with 1k coins

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938286531,It was a decent Friday... The week was rough on the losses.  This afternoon I dialed in the prefill in non volatile times and did about 20 million in a row with only a few misses and no losses.  A couple more tweaks and should be able to use prefill / postfill (filling at the TTL or hard cut off time) to keep latencies &lt; 100ms.  122 is our goal for FX All by Nov 1st.

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507938344771,"Yeah, I saw the emails with the 125 requirement at 98%"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938356080,".1 ms, decide to fill; try to fill as normal; hard cut at TTL value, hard cut at max order lifetime; trade out."

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507938402944,The prefill seems to do a good job at eliminating exposure. It just seems to have pretty big losses at times.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938410956,(basically what we are doing with the fives that went through this week)

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938470426,"The goal to mitigate those losses are to reject the losers ahead of time.  Predicting it 100% would be very tough.  10% easy.  70%?"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938486035,"70% accuracy on ones we don&apos;t fill in time should always be profitable"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507938545540,this month seems to be flying by

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938568615,"We have a 125 ms window to watch price and make a decision to fill or reject.  So far our indicators count sequential positive ticks, as well as total successful ticks in a given time period."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938587069,2 seconds is current default..

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938638351,"So ticks in or against our favor as 1 number (1 - 10) and a % of total up or down ticks (0 - 1) as another number."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938689837,"and that is the total sum of our quantitative genius <ss type=""smile"">:)</ss>"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507938692635,well I don&apos;t thin we would get too good at guessing future price

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507938704260,just based on past experience

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938732884,better focus are metrics of our LPs and their capabilities

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938755854,"and tags...  i&apos;ve been avoiding tags for a long time, but probably time to start"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938776480,maybe look at some factors used by fastmatch. but doubt that would be easy to do

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938795198,volatility indicator &amp; time/sales data..

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507938799480,so take what you said in LPs and then factor in how fastmatch analyzes stuff

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938803605,"it&apos;s there, but need someone to digest and make sense of it"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507938832903,when LP says they have liquidity is it really there and get a score to then rate their claimed available liquidity

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938841308,"FM analyzes fill times, ratios, volume by taker, LP, pair,"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938853465,tags based on every counterparty

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938876528,"ack times, revenue concentration, spreads, market direction"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938887013,operational costs...

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938900122,They run the whole thing off of 4 giant boxes per data center.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938906419,"not much more than what we have <ss type=""smile"">:)</ss>"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938925576,that&apos;s the main matching engine &amp; gateway anyway...

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938933685,I&apos;m sure they have 100

servers behind that

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507938982530,"sustainability is another factor, which comes back to the toxicity of the flow."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1507939024781,"I always assumed fill ratios drove that, but someone could just auto fill everything for awhile and then come back and shut you off because they know it won't last."

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1507939030999,"on the simplest level go narrower until you get deals, if deals are losers then go wider"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508000421036,"Yes, and drop size / invalidate when it gets extremely volatile.  It is not designed for volatility trading..."

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508189160573,ouch

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508189180329,lame way to start

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508204310169,you there?

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508204312841,"rgarricks [9:37 PM]

do you guys still see us connected to UAT ?

[9:38]

can&apos;t reach our NY4 server from chicago network at the moment"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508255662589,very nice 5 just came through

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508255675464,"+270"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508262208847,now we just have to get back to 11k in day. : )

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508272667392,starting with a small size tonight to warm up..  no more of these ugly losers to start session

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508272691034,(but big size has worked well to get a bunch of quick deals in the past... tough)

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508274099057,sounds good. they have really killed us at the start

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508276517830,"It&apos;s our pnearx strategy.. key to a lot of success, but a lot of risk when we can&apos;t cover part of the deal and don&apos;t have an easy exit.  Definitely one of, if not our biggest issue currently.  Also tied directly to deal time / prefill / postfill /"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508277765175,"I had automation running all night to shift to 500k at 59,01 &amp; 29,31 minutes every hour, then back to &quot;safe&quot; size. Fill ratios were awful"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508277976839,and the Jewish holidays are over...

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508278054757,"It did seem like a general uptick in volatility this session.  But looking at FM website, still pretty low / static"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508278095320,"I guess low volumes, but increased volatility = lack of liquidity"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508278242728,"2 * full amount deals went well, 5m MXN + 2M TRY...  just about +400 combined"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508278248681,"Almost 25% of income on 2 deals"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508278302757,definatley promising

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508278427387,"And 80% of stress..  the 5M usd/mxn deal made my day"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508278529216,I guess 5 * 1m deals at $50 each would have been better

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508278575076,"Less stressful, but more risk? More executional risk, more things to go wrong"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508278609027,right but need the experience with 5s of ttoday

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508278635528,only possible way to reduce the stress later is taking risks now

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508278637794,I guess

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508278760235,We should be able to make a lot more than $50 / million on the 5s in MXN if we can make $50 / million in 1s...

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508278776813,"And they should be softer, full amount, 5m vs. a bunch of 1s all at once"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508279001035,So risk is diminished with the &quot;softer&quot; flow.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508279148240,"+ the experience"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508292741064,"<a href=""https://www.financemagnates.com/cryptocurrency/trading/dv-trading-joins-otc-exchange-network-

otcxn-liquidity-provider/"">https://www.financemagnates.com/cryptocurrency/trading/dv-trading-joins-otc-exchange-network-otcxn-liquidity-provider/</a>"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508292754377,This was entirely done without my knowledge or consent.

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508292760632,ouch

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508292805065,OTCXN was introduced by me / Lee...

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508292825550,But Garrett / Jared decided to make a press release without my knowledge.

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508292829352,so you just happened to read about it now? on financefeeds? I know you look there alot

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508292859192,RBS brought it up at lunch

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508292961506,Just makes me look like an asshole..

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508292988324,very wierd

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508293052055,"right, supposed to be so private, but announcing a press release like this?  out of character..  all excited about digital currencies"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508293075869,"but why not just give me a heads up, so I can mitigate the damages..."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508293118948,or at least have a good explanation when our real prime broker for real currencies asks what our intentions are

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508293127079,so excited but not willing to put forth effort on a possible deal to sell the good doctor&apos;s bitcoin.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508293187449,because they think it&apos;s a scam or are too busy

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508293481005,Not sure how to retort to all of this..

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508293521619,for RBS? or in talking to DV?

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508293525791,or both?

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508293527883,"Nick has a free &amp; clear (waiting for documents) 4,000 coins ready to be moved."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508293569775,DV Chain (Garrett running it all) is obviously taking precedence in the news.

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508293580339,well at least price of bitcoin has really gone up in past month

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508293706795,"No one believes it..  hard to blame them, but at least they should give me the tools to work within the umbrella vs. forcing to build the legal docs myself?  seems goofy to me"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508293757843,so Nick has actually seen the coins moved? or they are moved to him?

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508293761812,"If I push it, I&apos;m afraid they will push back.  If do nothing, then we lose out."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508293820032,He claims to be able to pick up the usb stick with wallet in hand.

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508293895862,"and has turned it down, to get everything in order..  wants to do the 90k coin deal with big hedge fund group (complex sketchy structure) and get started with us with 4k coins now."

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508293909197,"so why not have him move a tiny bit to show he can move it, then that could show DV that it is real"

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508293955669,tell Nick that we can&apos;t get them to move because they think it is not real

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508293967124,so just show that it is real and can get it moving

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508294009770,"why would Nick do anything without some sort of agreement in place to protect himself?  he hasn&apos;t said that, but that&apos;s how I would feel"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508294020130,assuming it&apos;s all for real

nslieske,Noah Lieske,faiaassoc2,Sig,"--?T::Z",1508294111954,"right, but, if he sends like $0.001 worth of bitcoin to prove it"

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508294113757,"Garrett asked for Nick to produce a document, one that the &quot;other group&quot; is using.  Nick says it&apos;s under strict NDA.  I left it with we would come up with some alternative ideas that included modifying our trade agreement to include a commission."

nslieske,Noah Lieske,nslieske,Noah Lieske,"--?T::Z",1508294204540,literally ready to move $25m worth of coin over tomorrow if the docs are in place..  so i ask for a small token to get the ball rolling..