UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN S. CAHILL and THE ESTATE OF SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner,<br><br>　　　　　Plaintiffs<br><br>vs.<br><br>GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC,<br><br>　　　　　Defendants | Case No.:   22-cv-00543-SM-DPC<br><br>Judge:   SUSIE MORGAN<br><br>Magistrate:   DONNA PHILLIPS CURRAULT |

## DECLARATION OF GREG FAIA

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. My name is Greg Faia, and I am of the age of majority and a resident of Louisiana.

2. I affirm the statements in this Declaration based upon my own personal knowledge and belief. If I were called up on to testify, I could and would testify to the truth of the matters stated in this Declaration.

3. I am a personal defendant in the *Cahill v. Faia et al.* matter pending before the federal court for the Eastern District of Louisiana. I am currently a plaintiff in another proceeding involving the same parties (including the *Cahill* plaintiffs) that is pending in the U.S. Bankruptcy Court in the Middle District of Florida (Case No. 19-Bk-8638-CPM) (the "Florida Litigation"). Under that same suit caption (and related "removed" and adversary proceedings), I have been engaged in litigation relating to the same claimed option contracts for the past six and a half years.

4. I have little to no recollection of the issues surrounding Sigmund Solares's and Michael Gardner's use of servers in the Far East. I generally recall that they discussed moving the servers for their various businesses overseas as part of their efforts to avoid tax liability and to avoid liability for pending and future "cybersquatting" claims and against them.

5. I have no personal knowledge of where any TPI or TPI-subsidiary servers or data may have been placed in Hong Kong or Singapore (or anywhere else in Asia), and, if so, what the relevant hosting or warehouse company would have been. If any TPI servers or data was ever kept in Hong Kong or Singapore, I do not know the identity of any of the relevant vendor representatives and do not know any of their contact information.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on July 14, 2023.**

Respectfully submitted,

/s/

Greg Faia