UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN S. CAHILL and THE ESTATE OF SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner,<br><br>Plaintiffs<br>vs.<br><br>GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC,<br><br>Defendants | Case No.: 22-cv-00543-SM-DPC<br><br>Judge: SUSIE MORGAN<br><br>Magistrate: DONNA PHILLIPS CURRAULT |

## **ORDER**

CONSIDERING the "Motion to Extend Stay" filed by Defendants (Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC),

IT IS HEREBY ORDERED that the Motion is GRANTED, and this matter shall be stayed until at least December 1, 2023, or until further order of this Court. Defendants shall accordingly be granted until at least December 1, 2023, to file responsive pleadings and/or any applicable Rule-12 motions.

IT IS FURTHER ORDERED that no written discovery shall be served in this matter, nor shall any discovery otherwise be conducted, until at least December 1, 2023.

THUS DONE AND SIGNED in New Orleans, Louisiana, on this _____ day of _____, 2023.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

5234581.v1