**From:** hiriseentertainment
**Sent:** Monday, October 12, 2020 7:23 PM EDT
**To:** faiaassoc2

I was waiting for you to get in a position where you wanted to beingwhatever country and waiting for a change in laws - whiich happened to be able to own companies together. I knew we had 20 years and since I was told of poor performance and you scamming me- I was in no rush

**Exhibit 2**

MGP-0041494

**From:** faiaassoc2
**Sent:** Tuesday, October 13, 2020 11:53 AM EDT
**To:** hiriseentertainment

wow the bearer option email mentioned in riggs affidavit

MGP-0041546

**From:** hiriseentertainment
**Sent:** Tuesday, October 13, 2020 11:53 AM EDT
**To:** faiaassoc2

good right?

CONFIDENTIAL

**From:** faiaassoc2
**Sent:** Tuesday, October 13, 2020 11:55 AM EDT
**To:** hiriseentertainment

very good

MGP-0041548

**From:** hiriseentertainment
**Sent:** Tuesday, October 13, 2020 12:32 PM EDT
**To:** faiaassoc2

we know we cannot bankrupct them and leave them with nothing - they will never settle that way. Just like they need to know, we have nothing and need to get back a bunch for us to settle

CONFIDENTIAL

**From:** hiriseentertainment
**Sent:** Thursday, October 15, 2020 7:40 PM EDT
**To:** faiaassoc2

With regard to yahoo contract. We must get a taste of yahoo contract or we will burn that relationship to ground through legal channels. So Faia and Decossas have to worry about us destroying asset. Just like that threaten us.

CONFIDENTIAL                                                        MGP-0041577

**From:** hiriseentertainment
**Sent:** Thursday, October 15, 2020 8:13 PM EDT
**To:** faiaassoc2

Agree. Just a matter of what they can raise. I think 8-10m with insurance should be a base. Along with assets and splitting adssquaured understanding we can all ruin that asset. Mutually assured destruction on that asset

CONFIDENTIAL

**From:** hiriseentertainment
**Sent:** Saturday, October 17, 2020 8:22 AM EDT
**To:** faiaassoc2

## Work Product

**From:** hiriseentertainment
**Sent:** Saturday, October 17, 2020 8:22 AM EDT
**To:** faiaassoc2

we need to include that

MGP-0041603

**From:** hiriseentertainment
**Sent:** Saturday, October 17, 2020 8:22 AM EDT
**To:** faiaassoc2

cannot leave them wiggle room to play games

**CONFIDENTIAL**

**From:** faiaassoc2
**Sent:** Saturday, October 17, 2020 8:23 AM EDT
**To:** hiriseentertainment

right but at the same time we want to make sure we have room to play our games

**CONFIDENTIAL**

**From:** faiaassoc2
**Sent:** Saturday, October 17, 2020 8:23 AM EDT
**To:** hiriseentertainment

so we do not want to worry about every provision

CONFIDENTIAL

MGP-0041606

**From:** faiaassoc2
**Sent:** Saturday, October 17, 2020 8:23 AM EDT
**To:** hiriseentertainment

we have to think about which things cut both ways

**From:** hiriseentertainment
**Sent:** Saturday, October 17, 2020 8:24 AM EDT
**To:** faiaassoc2

right - you will have to explain that to me

CONFIDENTIAL   MGP-0041608

**From:** hiriseentertainment
**Sent:** Saturday, October 17, 2020 11:28 AM EDT
**To:** faiaassoc2

I like the estate thing - I have yet to even contact my moms attorney to get things going. Sure once we really go through all of moms paperwork we will find her paperwork.

CONFIDENTIAL

**From:** hiriseentertainment
**Sent:** Saturday, October 17, 2020 11:28 AM EDT
**To:** faiaassoc2

but that would have to eventually get to alyson - so I could divide estate, and Alyson would get that asset

**CONFIDENTIAL**

**From:** faiaassoc2
**Sent:** Monday, October 19, 2020 8:59 AM EDT
**To:** hiriseentertainment

as for negotiations I am thinking that if they want to keep the company Domain Apps, llc there are good reasons to let them keep it. your mother's estate and my sister each have 30 year options for that company so it is probably best for them to keep that company. as long as there is no indemnity

CONFIDENTIAL

**From:** hiriseentertainment
**Sent:** Thursday, October 22, 2020 7:59 AM EDT
**To:** faiaassoc2

i also think if this continues and does not settle, we need to mine my moms emails and other documents, conversations with butch and kristi

MGP-0041659

**From:** hiriseentertainment
**Sent:** Monday, November 23, 2020 1:21 PM EST
**To:** faiaassoc2

just because we settle does not mean we cannot do things in the future to be a thorn in their sides. but doing it while we hold some of our assets back in our hands, so they are not destroying, hiding them

**CONFIDENTIAL**

**From:** hiriseentertainment
**Sent:** Monday, November 23, 2020 1:55 PM EST
**To:** faiaassoc2

the lawsuit is one battle, of a war - so think of it like that. We do not want a pyyric victory. getting teh assets we can under control ASAP, and starting to build and or sell to maximize value maybe a better way of spending 80% of our time. the other 20% can be used to fight other battles in this war. We can be creative and we know what they say about the patient man.

                                                                                                MGP-0041732

**From:** faiaassoc2
**Sent:** Tuesday, November 24, 2020 4:16 AM EST
**To:** hiriseentertainment

one thing I can say no win would be realistic while holding back as much evidence as we held back

**From:** hiriseentertainment
**Sent:** Tuesday, November 24, 2020 4:26 AM EST
**To:** faiaassoc2

I think these are fair points, I agree with trying to settle this battle and continue the war

**From:** hiriseentertainment
**Sent:** Tuesday, November 24, 2020 12:12 PM EST
**To:** faiaassoc2

gaining access to some assets free and clear, so you can buy your wife a car!! '(smile)' ( joking) and still being able to continue the war on our terms and not out of control like it is now, has some merit.

CONFIDENTIAL

**From:** hiriseentertainment
**Sent:** Tuesday, November 24, 2020 12:47 PM EST
**To:** faiaassoc2

lets get our asets, stop burning money with atrorneys and pick some new battlefiends

**From:** hiriseentertainment
**Sent:** Wednesday, November 25, 2020 3:57 AM EST
**To:** faiaassoc2

I think after settlement, focusing on criminal aspect of things and lobbying and putting together evidence and power points to try and get people interested will be worth while. Then initiating fresh lawsuits against them personally for our sisters/heirs could also be satisfying

**CONFIDENTIAL**                                                                                        **MGP-0041790**

**From:** hiriseentertainment
**Sent:** Wednesday, November 25, 2020 4:01 AM EST
**To:** faiaassoc2

yep. which is why we should get them to use CPA time to put things on paper. I would also like the facts on tax benefits. IF we can book 20m or whatever loss, and be able to use that to not pay taxes on first 20m out - that has benefits - especially with uncle joe promising to raise taxes

**From:** hiriseentertainment
**Sent:** Monday, December 07, 2020 5:50 AM EST
**To:** faiaassoc2

been thinking of ways to continue war if we settle this battle. including going after daly and courcelle

MGP-0041803

**From:** hiriseentertainment
**Sent:** Thursday, January 28, 2021 3:12 PM EST
**To:** faiaassoc2

so I can hold up things while I have 0 and keep "fighthing" or we can have a strategic settlement - and battle in future with our portfolio and directnic, etc

CONFIDENTIAL

**From:** Sigmund Solares <ssolares@theproducers.com>
**Sent:** Friday, September 24, 2021 8:59 AM EDT
**To:** Michael Gardner <mgardner@theproducers.com>

Right. It was all part of lulling us into believing the assets were safe for our families.

**CONFIDENTIAL**