**From:** hiriseentertainment
**Sent:** Sunday, October 04, 2020 3:10 PM EDT
**To:** faiaassoc2

we will ruin and haunt their families for generations

Exhibit 4

CONFIDENTIAL                                                                                                                                            MGP-0041041