UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN S. CAHILL and THE ESTATE OF SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner,<br><br>             Plaintiffs<br>vs.<br><br>GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC,<br><br>             Defendants | Case No.: 22-cv-00543-SM-DPC<br><br>Judge: SUSIE MORGAN<br><br>Magistrate: DONNA PHILLIPS CURRAULT |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMO

Pursuant to the Federal Rules of Civil Procedure, Defendants (Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC) hereby submit this "Unopposed Motion for Leave to File Reply Memo." The Defendants further represent as follows:

1.

This matter has so far been stayed pending the resolution of a dispositive question in a first-filed, related proceeding pending before the U.S. Bankruptcy Court for the Middle District of Florida. *See Faia v. Solares*, No. 19-bk-8638-CPM (21-ap-333-CPM) (M.D. Fla. Bkr.) (the "Florida Litigation"). *See* Docket # 21, Docket # 23.

2.

On September 6, 2023, Defendants filed a motion to extend the applicable stay again, until December 1, 2023, to allow the U.S. Bankruptcy Court the time needed to issue its written ruling (currently still under consideration). Docket # 60.

5256620.v1

3.

On September 18, 2023, Plaintiffs filed a memorandum in opposition to the stay extension requested by Defendants. Docket # 62. In opposing the stay, Plaintiffs raised several arguments that Defendants wish to briefly address.

4.

In response to Plaintiffs' opposition filing, Defendants desire the opportunity to present selected facts and relevant arguments in reply. Defendants have accordingly prepared the attached reply memorandum, which will help the Court to analyze and evaluate the merits of the Parties' arguments.

5.

Counsel for Plaintiffs has advised that Plaintiffs do not oppose the granting of leave to Defendants to file the attached reply memorandum.

6.

Defendants accordingly submit the attached reply memo and request that the Court give it due consideration and order that it be filed into the record of this matter.

―― ― ――

WHEREFORE, Defendants (Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC) respectfully request that the Court:

(a)    GRANT this "Unopposed Motion for Leave to File Reply Memo" and

(b)    Order that the accompanying Reply Memo be filed into the record of this matter, be associated with Defendants' pending Motion to Extend Stay (Docket # 60), and be given due consideration.

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P

By: _____*Ryan K. French*_____
 Robert W. Barton, Bar # 22936
  Bob.barton@taylorporter.com
 John S. Campbell, III, Bar # 23674
  Johnstone.campbell@taylorporter.com
 Ryan K. French, Bar # 34555
  ryan.french@taylorporter.com
 450 Laurel Street, 8th Floor (70801)
 P. O. Box 2471
 Baton Rouge, LA 70821-2471
 Phone: (225) 381-0262

*Attorneys for Vernon H. Decossas III, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC*

JONES WALKER L.L.P

 Michael W. Magner, Bar # 1206
  mmagner@joneswalker.com
 Andrew R. Lee, Bar # 21196
  alee@joneswalker.com
 Peter J. Kee, Bar # 34860
  pkee@joneswalker.com
 Michael O'Brien, Bar # 38852
  mobrien@joneswalker.com
 201 St. Charles Ave. Suite 5100
 New Orleans, LA 70170
 Phone: (504) 589-8316

*Attorneys for Gregory G. Faia, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC*

FRILOT, LLC

 David S. Daly, Bar # 20774
  ddaly@frilot.com
 1100 Poydras St. Suite 3700
 New Orleans, LA 70163
 Phone: (504) 599-8139

*Attorneys for Gregory G. Faia and Faia & Associates, LLC*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this **21st** day of **September**, 2023, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice of this filing was accordingly sent to all counsel of record through the Court's electronic filing system.

                                            /s/   *Ryan K. French*
                                                Ryan K. French