UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| VIVIAN S. CAHILL and THE ESTATE OF SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner, | : : : | Case No.: | 22-cv-00543-SM-DPC |
| | : : | | |
| Plaintiffs | : | Judge: | SUSIE MORGAN |
| vs. | : : | | |
| | : | Magistrate: | DONNA PHILLIPS |
| GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC, | : : : : : | | CURRAULT |
| Defendants | : | | |

## **ORDER**

CONSIDERING the "Unopposed Motion for Leave to File Reply Memo" filed by Defendants (Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC),

IT IS HEREBY ORDERED that the Motion is GRANTED. Defendants' submitted Reply Memo shall accordingly be accepted, filed into the record of this matter, and properly associated with Defendants' pending "Motion to Extend Stay" (Docket # 60).

THUS DONE AND SIGNED in New Orleans, Louisiana, on this _____ day of _____, 2023.


_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA