| | |
|---|---|
| VIVIAN S. CAHILL, et al. * | Civil Action No.: 2:2022-cv-00543 |
|             PLAINTIFFS * | |
| * | |
| VERSUS * | |
| * | Judge: Susie Morgan |
| GREGORY FAIA, et al. * | |
|             DEFENDANTS * | Mag. Judge: Donna Phillips Currault |
| ************************************ | |

## EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW COMES** through undersigned counsel, Plaintiffs, Vivian S. Cahill ("Ms. Cahill") and the Estate of Sandra F. Gardner, through its personal representative, Michael H. Gardner, ("the Estate") (collectively "Plaintiffs, who respectfully moves this Court to withdraw attorney Anna A. Rainer, formerly of Aaron & Gianna, PLC, as counsel of record for plaintiffs, in the above-captioned action. William Aaron, Glenn Burns, and DeWayne L. Williams of Aaron & Gianna, PLC, shall remain counsel of record for plaintiffs.

**WHEREFORE**, it is requested that this Honorable Court grant this Motion to Withdraw Anna A. Rainer as Counsel of Record for plaintiffs in this proceeding.

Respectfully submitted,

**Aaron & Gianna, PLC**
*A Professional Law Corporation*

*S/DeWayne L. Williams*
William D. Aaron, Jr. (LSBA No. 2267)
DeWayne Williams (LSBA No. 27685)
Glenn Burns (LSBA No. 03698)
**Aaron & Gianna, PLC**
201 St. Charles Ave., Suite 3800
New Orleans, Louisiana 70170
Telephone: (504) 569-1800
Facsimile: (504) 569-1801