2

| | | |
|---|---|---|
| VIVIAN S. CAHILL, et al. | * | Civil Action No.: 2:2022-cv-00543 |
|           PLAINTIFFS | * | |
| | * | |
| VERSUS | * | |
| | * | Judge: Susie Morgan |
| | * | |
| GREGORY FAIA, et al. | * | Mag. Judge: Donna Phillips Currault |
|           DEFENDANTS | * | |

**********************************

### ORDER

Considering the foregoing Ex Parte Motion to Withdraw as Counsel of Record;

**IT IS ORDERED** that Anna Rainer (LSBA No. 31531), be removed from the record as counsel for Plaintiffs, Vivian S. Cahill ("Ms. Cahill") and the Estate of Sandra F. Gardner, through its personal representative, Michael H. Gardner, ("the Estate").

New Orleans, Louisiana, this _____ day of _____ , 2023.

                                                                       _____
                                                                             **JUDGE**