UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIVIAN S. CAHILL and THE ESTATE OF SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner,<br><br>           Plaintiffs<br>vs.<br><br>GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC,<br><br>           Defendants | Case No.:<br><br>Judge:<br><br>Magistrate: | 22-cv-00543-SM-DPC<br><br>SUSIE MORGAN<br><br>DONNA PHILLIPS CURRAULT |

**DEFENDANTS' MOTION FOR RECONSIDERATION**

Pursuant to the Federal Rules of Civil Procedure, Defendants (Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC) hereby submit this "Motion for Reconsideration." The Defendants further represent as follows:

1.

This matter has been stayed for over a year to allow a companion case to conclude (the "Florida Litigation").

2.

In light of a forthcoming ruling in a companion case in Florida, on September 7, Defendants sought to extend the current stay in this matter through December 1, 2023. *See* Docket # 60.

3.

On September 27, this Court denied Defendants' motion for stay, noting that the matter had already been stayed for more than a year, and that a recent motion filed by Defendants in Florida would "undoubtedly cause further delay in the resolution of that case." *See* Docket # 66.

Accordingly, the Court ordered that Defendants respond to the operative complaint in this matter no later than **October 18**, 2023.

4.

Just after the Court's ruling denying a further stay, on October 2, the presiding judge in the Florida Litigation explicitly assured all Parties and counsel that she would announce and/or issue her ruling on the matters submitted to her no later than October 30.

5.

In light of an announced ruling date in Florida, this Court should reconsider its September 27, 2023, ruling, and amend it to extend the Defendants' responsive pleading deadline by 23 days—until November 10, 2023 (instead of October 18). Other than that limited modification, Defendants request no other amendment or change to the Court's ruling.

6.

For the reasons more fully set forth in the accompanying memorandum, this Court should accordingly grant this motion and amend the Court's September 27, 2023, ruling as prayed for.

7.

Counsel for Plaintiffs has advised that Plaintiffs oppose the relief requested in this motion.

____ — ____

WHEREFORE, Defendants (Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC) respectfully request that the Court:

(a) GRANT this "Motion for Reconsideration"; and

(b) Amend the Court's September 27, 2023, ruling (Docket # 66) to extend Defendants' responsive-pleading deadline from October 18, 2023, to November 10, 2023.

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P

By:    *Ryan K. French*
    Robert W. Barton, Bar # 22936
      Bob.barton@taylorporter.com
    John S. Campbell, III, Bar # 23674
      Johnstone.campbell@taylorporter.com
    Ryan K. French, Bar # 34555
      ryan.french@taylorporter.com
    450 Laurel Street, 8th Floor (70801)
    P. O. Box 2471
    Baton Rouge, LA 70821-2471
    Phone:  (225) 381-0262

***Attorneys for Vernon H. Decossas III, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC***

JONES WALKER L.L.P

    Michael W. Magner, Bar # 1206
      mmagner@joneswalker.com
    Andrew R. Lee, Bar # 21196
      alee@joneswalker.com
    Peter J. Kee, Bar # 34860
      pkee@joneswalker.com
    Michael O'Brien, Bar # 38852
      mobrien@joneswalker.com
    201 St. Charles Ave. Suite 5100
    New Orleans, LA 70170
    Phone:  (504) 589-8316

***Attorneys for Gregory G. Faia, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC***

FRILOT, LLC

David S. Daly, Bar # 20774
ddaly@frilot.com
1100 Poydras St. Suite 3700
New Orleans, LA 70163
Phone:  (504) 599-8139

***Attorneys for Gregory G. Faia and Faia & Associates, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **5th** day of **October**, 2023, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice of this filing was accordingly sent to all counsel of record through the Court's electronic filing system.

/s/   *Ryan K. French*
Ryan K. French