UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN S. CAHILL and THE ESTATE OF SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner,<br><br>　　　　　　Plaintiffs<br>vs.<br><br>GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC,<br><br>　　　　　　Defendants | Case No.:　22-cv-00543-SM-DPC<br><br>Judge:　　SUSIE MORGAN<br><br>Magistrate:　DONNA PHILLIPS CURRAULT |

## **ORDER**

CONSIDERING the "Motion for Reconsideration" filed by Defendants (Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC),

IT IS HEREBY ORDERED that the Motion is GRANTED. The September 27, 2023, ruling of this Court denying any further stay and requiring Defendants to file responsive pleadings by October 18, 2023, is hereby amended, but only to alter the applicable deadline by which Defendants shall file responsive pleadings or an appropriate Rule 12 motion in this matter. In particular, Defendants shall now file responsive pleadings or an appropriate Rule 12 motion no later than November 10, 2023.

THUS DONE AND SIGNED in New Orleans, Louisiana, on this _____ day of _____, 2023.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

5279795.v1