UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN S. CAHILL and THE ESTATE OF SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner,<br><br>　　　　　　Plaintiffs<br>vs.<br><br>GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC,<br><br>　　　　　　Defendants | Case No.:   22-cv-00543-SM-DPC<br><br>Judge:   SUSIE MORGAN<br><br>Magistrate:   DONNA PHILLIPS CURRAULT |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants (Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC) have filed a "Motion for Reconsideration," and hereby notice said motion for submission before the Honorable Judge Susie Morgan, United States District Judge for the Eastern District of Louisiana, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, at 10:00 a.m. on Wednesday, **October 25**, 2023.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P

　　　　　　　　　　　　　　　　By:　*Ryan K. French*
　　　　　　　　　　　　　　　　　　Robert W. Barton, Bar # 22936
　　　　　　　　　　　　　　　　　　　Bob.barton@taylorporter.com
　　　　　　　　　　　　　　　　　　John S. Campbell, III, Bar # 23674
　　　　　　　　　　　　　　　　　　　Johnstone.campbell@taylorporter.com
　　　　　　　　　　　　　　　　　　Ryan K. French, Bar # 34555
　　　　　　　　　　　　　　　　　　　ryan.french@taylorporter.com
　　　　　　　　　　　　　　　　　　450 Laurel Street, 8th Floor (70801)
　　　　　　　　　　　　　　　　　　P. O. Box 2471
　　　　　　　　　　　　　　　　　　Baton Rouge, LA 70821-2471
　　　　　　　　　　　　　　　　　　Phone: (225) 381-0262

　　　　　　　　　　　　　　　　***Attorneys for Vernon H. Decossas III, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC***

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this **5th** day of October, 2023, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice of this filing was accordingly sent to all counsel of record through the Court's electronic filing system.

                                            /s/ *Ryan K. French*
                                               Ryan K. French