UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| VIVIAN S. CAHILL and THE ESTATE OF SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner, | : : : | Case No.: | 22-cv-00543-SM-DPC |
| | : : | | |
| Plaintiffs | : | Judge: | SUSIE MORGAN |
| vs. | : : | | |
| | : | Magistrate: | DONNA PHILLIPS |
| GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC, | : : : : | | CURRAULT |
| | : | | |
| Defendants | | | |

## **DEFENDANTS' UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION**

Pursuant to the Federal Rules of Civil Procedure, Defendants (Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC) hereby submit this "Unopposed Motion for Expedited Consideration." The Defendants further represent as follows:

1.

This Court recently ordered Defendants to file responsive pleadings on or before October 18, 2023.

2.

Earlier this week, a material change of circumstances occurred, such that it would now be unreasonable to require Defendants to file responsive pleadings before October 30.

3.

Defendants have accordingly filed a motion for reconsideration, seeking a 3-week extension of Defendants' responsive-pleading deadline (to November 10, 2023). *See* Docket # 69.

4.

5279821.v1

Under the default motion-filing rules, the earliest submission date available for the Defendants' extension motion is October 25, 2023, which is a week beyond the current pleading deadline that Defendants are seeking to extend.

5.

Expedited consideration is necessary to enable Defendants' motion for reconsideration to be ruled upon before the subject deadline passes. *See* Docket # 69.

6.

On this date, undersigned counsel conferred with counsel for Plaintiff, Glenn Burns, who indicated he had no opposition to the filing of this expedited-consideration motion as unopposed or ex parte. Pursuant to Local Rule 7.3, no notice of submission or memorandum of law in support is required, and a proposed Order is submitted herewith pursuant to Local Rule 7.3.

\_\_\_\_ \_ \_\_\_\_

WHEREFORE, Defendants (Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC) respectfully request that the Court:

(a)     GRANT this "Unopposed Motion for Expedited Consideration";

(b)     appropriately accelerate any opposition briefing deadline; and

(c)     rule upon the underlying "Motion for Reconsideration" (Docket # 69) on an accelerated basis.

5279821.v1

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P


By:     *Ryan K. French*
   Robert W. Barton, Bar # 22936
    Bob.barton@taylorporter.com
   John S. Campbell, III, Bar # 23674
    Johnstone.campbell@taylorporter.com
   Ryan K. French, Bar # 34555
    ryan.french@taylorporter.com
   450 Laurel Street, 8th Floor (70801)
   P. O. Box 2471
   Baton Rouge, LA 70821-2471
   Phone:  (225) 381-0262

   ***Attorneys for Vernon H. Decossas III, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC***


JONES WALKER L.L.P

   Michael W. Magner, Bar # 1206
    mmagner@joneswalker.com
   Andrew R. Lee, Bar # 21196
    alee@joneswalker.com
   Peter J. Kee, Bar # 34860
    pkee@joneswalker.com
   Michael O'Brien, Bar # 38852
    mobrien@joneswalker.com
   201 St. Charles Ave. Suite 5100
   New Orleans, LA 70170
   Phone:  (504) 589-8316

   ***Attorneys for Gregory G. Faia, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC***


FRILOT, LLC

   David S. Daly, Bar # 20774
    ddaly@frilot.com
   1100 Poydras St. Suite 3700
   New Orleans, LA 70163
   Phone:  (504) 599-8139

   ***Attorneys for Gregory G. Faia and Faia & Associates, LLC***

5279821.v1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **5th** day of **October**, 2023, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice of this filing was accordingly sent to all counsel of record through the Court's electronic filing system.

/s/   *Ryan K. French*
Ryan K. French

5279821.v1