UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN S. CAHILL and THE ESTATE OF SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner,<br><br>Plaintiffs<br>vs.<br><br>GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC,<br><br>Defendants | Case No.:   22-cv-00543-SM-DPC<br><br>Judge:   SUSIE MORGAN<br><br>Magistrate:   DONNA PHILLIPS CURRAULT |

## **ORDER**

CONSIDERING the "Unopposed Motion for Expedited Consideration" filed by Defendants (Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC),

IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiffs shall accordingly file any memorandum in opposition to Defendants' Motion for Reconsideration (Docket # 69) on or before _____, after which the Court shall consider the matter submitted.

IT IS FURTHER ORDERED that the Court shall rule upon Defendants' Motion for Reconsideration prior to October 18, 2023, so that Defendants can plan to file responsive pleadings in accordance with any designated deadline.

THUS DONE AND SIGNED in New Orleans, Louisiana, on this \_\_\_\_ day of _____, 2023.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

5279884.v1