UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN S. CAHILL and THE ESTATE OF SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner,<br><br>   Plaintiffs<br><br>vs.<br><br>GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC,<br><br>   Defendants | Case No.:   22-cv-00543-SM-DPC<br><br>Judge:   SUSIE MORGAN<br><br>Magistrate:   DONNA PHILLIPS CURRAULT |

## **ORDER**

Considering the foregoing "Unopposed Motion for Expedited Consideration" filed by Defendants (Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC);

**IT IS ORDERED** that the Motion is **GRANTED**. Plaintiffs shall accordingly file any memorandum in opposition to Defendants' Motion for Reconsideration (Docket # 69) on or before **Wednesday, October 11, 2023,** after which the Court shall consider the matter submitted.

New Orleans, Louisiana, this 5th day of October, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**