UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN S. CAHILL and THE ESTATE SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner,<br><br>**Plaintiffs**<br>vs.<br><br>GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC,<br><br>**Defendants** | Case No.:   22-cv-00543-SM-DPC<br><br>Judge:   SUSIE MORGAN<br><br>Magistrate:   DONNA PHILLIPS CURRAULT |

### *EX PARTE* MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT IN EXCESS OF PAGE LIMITATION

NOW INTO COURT, through undersigned counsel, come Defendants Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC and move for leave to file the attached memorandum in support of their *Motion to Dismiss or, Alternatively, Transfer, and Alternative Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(7) and 12(b)(6)* and to exceed the 25-page limitation contained in LR 7.7. In order to adequately respond to the allegations in Plaintiffs' Second Amended Complaint (Docket # 55)—which totals 95 pages and includes 622 paragraphs, and "stems from decades of litigation between Plaintiffs and Defendants resulting from business ventures that began in 1999" (Docket #73 at p. 1)—and support the arguments presented in their Motion to Dismiss, Defendants respectfully ask to file a 29- memorandum, or four pages beyond the page limitation set forth in LR 7.7.

WHEREFORE, Defendants respectfully request that the Court grant them leave to file the accompanying 29-page memorandum in support of motion to dismiss.

Respectfully submitted,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P**
*By:      Ryan K. French*
Robert W. Barton, Bar # 22936
Bob.barton@taylorporter.com
John S. Campbell, III, Bar # 23674
Johnstone.campbell@taylorporter.com
Ryan K. French, Bar # 34555
ryan.french@taylorporter.com
450 Laurel Street, 8th Floor (70801)
P. O. Box 2471
Baton Rouge, LA 70821-2471
Phone: (225) 381-0262
***Attorneys for Vernon H. Decossas III, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC***

**JONES WALKER L.L.P**
Michael W. Magner, Bar # 1206
mmagner@joneswalker.com
Andrew R. Lee, Bar # 21196
alee@joneswalker.com
Peter J. Kee, Bar # 34860
pkee@joneswalker.com
Michael O'Brien, Bar # 38852
mobrien@joneswalker.com
201 St. Charles Ave. Suite 5100
New Orleans, LA 70170
Phone: (504) 589-8316
***Attorneys for Gregory G. Faia, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC***

**FRILOT, LLC**
David S. Daly, Bar # 20774
ddaly@frilot.com
1100 Poydras St. Suite 3700
New Orleans, LA 70163
Phone: (504) 599-8139
***Attorneys for Gregory G. Faia and Faia & Associates, LLC***

2

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this **18th** day of **October**, 2023, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice of this filing was accordingly sent to all counsel of record through the Court's electronic filing system.

               /s/ *Ryan K. French*
                 Ryan K. French