## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIVIAN S. CAHILL and THE ESTATE SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner,** | : |
| **Plaintiffs** | :     **Case No.:**   **22-cv-00543-SM-DPC** |
| **vs.** | :     **Judge:**   **SUSIE MORGAN** |
| **GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC,** | :     **Magistrate:**   **DONNA PHILLIPS CURRAULT** |
| **Defendants** | : |

## <u>ORDER</u>

Considering the *Ex Parte* Motion for Leave to File Memorandum in Support in Excess of Page Limitation filed by Defendants Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC;

IT IS HEREBY ORDERED that the Motion is GRANTED, and Defendants, Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC's proposed Memorandum in Support of *Motion to Dismiss, or Alternatively, Transfer, and Alternative Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(7) and 12(b)(6)* shall be filed into the record.

New Orleans, Louisiana, October ____, 2023.

_____
HON. SUSIE MORGAN
UNITED STATES DISTRICT COURT