UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN S. CAHILL and THE ESTATE OF SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner,<br><br>Plaintiffs<br>vs.<br><br>GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC,<br><br>Defendants | Case No.:   22-cv-00543-SM-DPC<br><br>Judge:   SUSIE MORGAN<br><br>Magistrate:   DONNA PHILLIPS CURRAULT |

**MOTION TO DISMISS OR, ALTERNATIVELY, TRANSFER, AND ALTERNATIVE MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(7) AND 12(B)(6)**

NOW INTO COURT, through undersigned counsel, comes Defendants, Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC, which submit this "Motion to Dismiss or, Alternatively, Transfer, and Alternative Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(7) and 12(b)(6)" in Response to Plaintiffs' Second Amended Complaint (Rec. Doc. 55) filed by Vivian S. Cahill and The Estate of Sandra F. Gardner, by its Personal Representative, Michael H. Gardner.

First, pursuant to the First-to-File Rule, the Court should dismiss or alternatively transfer this action to the United States District or Bankruptcy Court for the Middle District of Florida, because Plaintiffs' operative Amended Complaint raises claims that substantially overlap with the issues pending before the court in *In re TPI*, No. 19-bk-8638-CPM, (Adv. Proc. 21-ap-333) (M.D. Fla. Bkr.) (filed 9.12.2019) (the "Florida Litigation"). The central issue in the Florida Litigation is whether there were valid, executed options, and whether Vivian S. Cahill and Sandra F. Gardner

were merely the alter-egos/proxies, or nominees of Sigmund Solares and Michael Gardner. Similarly, the central issue to be resolved in connection with Plaintiffs' Second Amended Complaint is whether Vivian S. Cahill and Sandra F. Gardner are simply "nominees" with respect to the Options, or whether they are the real parties-in-interest who hold full control of the Options for their own benefit.

Second, pursuant to Rule 12(b)(7), Plaintiffs' Second Amended Complaint should be dismissed for failure to join "required" parties under Federal Rule of Civil Procedure 19—specifically, Sigmund Solares (the brother of Vivian S. Cahill) and Michael Gardner (the executor of Sandra F. Gardner's Estate), who are defendants in the Middle District of Florida Litigation.

Third, pursuant to Rule 12(b)(6), the Louisiana Unfair Trade Practice Act ("LUTPA") and delictual fraud claims included in Plaintiffs' Second Amended Complaint should be dismissed as prescribed to the extent that those claims are based on actions taken by Defendants more than one year prior to Plaintiffs' filing.

WHEREFORE, Defendants respectfully request that the Court grant this motion and (1) dismiss or, alternatively, transfer this action to the Middle District of Florida pursuant to the first-to-file-rule; (2) dismiss Plaintiffs' action for failing to join Solare as Gardner as required parties under Rule 19; and (3) dismiss Plaintiffs' civil LUTPA and delictual fraud claims as prescribed and perempted.

    Respectfully submitted,

    **TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P**

    *By:     Ryan K. French*
    Robert W. Barton, Bar # 22936

Bob.barton@taylorporter.com
John S. Campbell, III, Bar # 23674
Johnstone.campbell@taylorporter.com
Ryan K. French, Bar # 34555
ryan.french@taylorporter.com
450 Laurel Street, 8th Floor (70801)
P. O. Box 2471
Baton Rouge, LA 70821-2471
Phone: (225) 381-0262
***Attorneys for Vernon H. Decossas III, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC***

**JONES WALKER L.L.P**
Michael W. Magner, Bar # 1206
mmagner@joneswalker.com
Andrew R. Lee, Bar # 21196
alee@joneswalker.com
Peter J. Kee, Bar # 34860
pkee@joneswalker.com
Michael O'Brien, Bar # 38852
mobrien@joneswalker.com
201 St. Charles Ave. Suite 5100
New Orleans, LA 70170
Phone: (504) 589-8316
***Attorneys for Gregory G. Faia, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC***

**FRILOT, LLC**
David S. Daly, Bar # 20774
ddaly@frilot.com
1100 Poydras St. Suite 3700
New Orleans, LA 70163
Phone: (504) 599-8139
***Attorneys for Gregory G. Faia and Faia & Associates, LLC***

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this **18th** day of **October**, 2023, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice of this filing was accordingly sent to all counsel of record through the Court's electronic filing system.

                 /s/ *Ryan K. French*
                   Ryan K. French