## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN S. CAHILL and THE ESTATE SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner,<br><br>**Plaintiffs**<br>vs.<br><br>GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC,<br><br>**Defendants** | Case No.:     22-cv-00543-SM-DPC<br><br>Judge:          SUSIE MORGAN<br><br>Magistrate:  DONNA PHILLIPS CURRAULT |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC have noticed the accompanying *Motion to Dismiss or, Alternatively, Transfer, and Alternative Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(7) and 12(b)(6)* for submission on **November 22, 2023 at 10:00 a.m.**. Pursuant to LR 7.2., no oral argument, in-court presentation or live hearing will be conducted on the submission date except when requested in accordance with Local Rule 78.1 or if ordered by the Court.

Respectfully submitted,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P**

*By:     Ryan K. French*
Robert W. Barton, Bar # 22936
Bob.barton@taylorporter.com
John S. Campbell, III, Bar # 23674
Johnstone.campbell@taylorporter.com

Ryan K. French, Bar # 34555
ryan.french@taylorporter.com
450 Laurel Street, 8th Floor (70801)
P. O. Box 2471
Baton Rouge, LA 70821-2471
Phone: (225) 381-0262
***Attorneys for Vernon H. Decossas III, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC***

**JONES WALKER L.L.P**
Michael W. Magner, Bar # 1206
mmagner@joneswalker.com
Andrew R. Lee, Bar # 21196
alee@joneswalker.com
Peter J. Kee, Bar # 34860
pkee@joneswalker.com
Michael O'Brien, Bar # 38852
mobrien@joneswalker.com
201 St. Charles Ave. Suite 5100
New Orleans, LA 70170
Phone: (504) 589-8316
***Attorneys for Gregory G. Faia, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC***

**FRILOT, LLC**
David S. Daly, Bar # 20774
ddaly@frilot.com
1100 Poydras St. Suite 3700
New Orleans, LA 70163
Phone: (504) 599-8139
***Attorneys for Gregory G. Faia and Faia & Associates, LLC***

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **18th** day of **October**, 2023, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice of this filing was accordingly sent to all counsel of record through the Court's electronic filing system.

/s/   *Ryan K. French*
Ryan K. French