UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**VIVIAN S. CAHILL and THE ESTATE OF
SANDRA F. GARDNER (through its personal
representative, MICHAEL H. GARDNER),** *individually*

Case No.: 2:22-cv-00543-SM-DPC

*Plaintiffs*.

v.

**GREGORY G. FAIA, VERNON H. DECOSSAS III,
FAIA & ASSOCIATES, LLC, ADS SQUARED LLC,
VISUAL AD GROUP, INC., DSE LEASING, LLC., AND
BOXED JELLIES LLC**

*Defendants*.

_____/

**UNOPPOSED MOTION TO CONTINUE AND RESET SUBMISSION DATES ON (1) DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, TRANSFER, AND ALTERNATIVE MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(7) AND 12(B)(6) [R.DOC. 75] AND (2) SECOND MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6) [R.DOC. 78] FROM NOVEMBER 22, 2023 TO DECEMBER 20, 2023**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Vivian S. Cahill and the Estate of Sandra F. Gardner, through its personal representative, Michael H. Gardner, (hereinafter referred to as "Plaintiffs"), who respectfully move this Court to continue and reset the following submission date of the following motions from November 22, 2023 to December 20, 2023:  (1) [R.Doc. 75] Defendants' Motion to Dismiss or, Alternatively, Transfer, and Alternative Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(7) and 12(B)(6); and (2) [R.Doc. 78]  Defendants' Second Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(1) and 12(B)(6), for the following reasons to-wit:

-1-

On October 18, 2023, Defendants filed their Motion to Dismiss or, Alternatively, Transfer, and Alternative Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(7) and 12(B)(6).  (See R. Doc. 75).

-2-

The submission date selected by Defendants was November 22, 2023, making Plaintiffs' Opposition brief due November 14, 2023. (See R. Doc. 75-1).

-3-

On November 7, 2023, Defendants filed their Second Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(1) and 12(B)(6). (See R. Doc. 78).

-4-

The submission date selected by Defendants for this Second Motion was also November 22, 2023, making Plaintiffs' Opposition brief due also on November 14, 2023, which was only a week from the date of filing. (See R. Doc. 78-2).

-5-

While Plaintiffs had no issue with filing its opposition to Defendants' First Motion to Dismiss by November 14, 2023, the lack of time to properly respond to the Second Motion to Dismiss along with conflicts that would make timely responding to same impractical, Plaintiffs requested that Defendants consent to the continuance and resetting of the submission date on the Second Motion to Dismiss [R. Doc. 78].

-6-

<u>Defendants asserted that they had no objection to this motion and the resetting of the Second Motion to Dismiss [R. Doc. 78]</u>, and further requested that, because Defendants had their

own conflicts as well, that Plaintiffs also consent to a continuance and resetting of the submission date on Defendants' First Motion to Dismiss [R. Doc. 75].

**-7-**

*Neither Plaintiffs nor Defendants object to this motion or the resetting of Defendants' First Motion to Dismiss [R. Doc. 75] either*.

**-8-**

Both Plaintiffs and Defendants have checked their calendars and all parties have agreed that the submission date of December 20, 2023, which is a current date available by this Court, would be an appropriate date to reset Defendants' two Motions to Dismiss.

**WHEREFORE**, Plaintiffs now pray that this Court grant this *unopposed* motion and continue and reset the submission date of (1) [R.Doc. 75] Defendants' Motion to Dismiss or, Alternatively, Transfer, and Alternative Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(7) and 12(B)(6); and (2) [R.Doc. 78] Defendants' Second Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(1) and 12(B)(6), from November 22, 2023 to December 20, 2023.

Dated:  New Orleans, Louisiana  
        November 9, 2023

AARON & GIANNA, PLC.  
201 St. Charles Avenue – Suite 3800  
New Orleans, LA 70170  
(504) 569-1800 (telephone)  
(504) 569-1801 (fax)

By:       /s/ DeWayne L. Williams  
    W. Glenn Burns, Esq.  
    Louisiana Bar No. 03698  
    gburns@aarongianna.com  
    William D. Aaron, Jr., Esq.  
    Louisiana Bar No. 02267  
    waaron@aarongianna.com  
    DeWayne L. Williams, Esq.  
    Louisiana Bar No. 27685  
    dwilliams@aarongianna.com

*Counsel for Vivian Solares Cahill and Estate of Sandra F. Gardner*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Requests on all counsel record by electronic correspondence or by depositing same in the U.S. Mail, postage prepaid, this 9th day of November, 2023.

          /s/ DeWayne L. Williams
DeWayne L. Williams, Esq.
Louisiana Bar No. 27685
dwilliams@aarongianna.com