UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**VIVIAN S. CAHILL and THE ESTATE OF
SANDRA F. GARDNER (through its personal
representative, MICHAEL H. GARDNER),** *individually*

Case No.: 2:22-cv-00543-SM-DPC

*Plaintiffs*.

v.

**GREGORY G. FAIA, VERNON H. DECOSSAS III,
FAIA & ASSOCIATES, LLC, ADS SQUARED LLC,
VISUAL AD GROUP, INC., DSE LEASING, LLC., AND
BOXED JELLIES LLC**

*Defendants*.
_____/

## ORDER

Considering the foregoing Unopposed Motion to continue and reset submission dates on (1) [R. Doc. 75] Defendants' Motion to Dismiss or, Alternative, Transfer, and Alternative Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(7) and 12(b)(6) and (2) [R. Doc. 78] Second Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) from November 22, 2023 to December 20, 2023:

**IT IS HEREBY ORDERED** that the Motion is hereby **GRANTED**, and the submission dates for: **(1) [R. Doc. 75]** Defendants' Motion to Dismiss or, Alternative, Transfer, and Alternative Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(7) and 12(b)(6); and **(2) [R. Doc. 78]** Second Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) are continued and reset from November 22, 2023 to December 20, 2023.

New Orleans, Louisiana, this ____ day of _____ , 2023.

_____
**HON. SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**