**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **VIVIAN S. CAHILL AND THE** | **CIVIL ACTION** |
| **ESTATE OF SANDRA F. GARDNER,** | |
| **BY ITS PERSONAL REPRESENTATIVE,** | |
| **MICHAEL H. GARDNER** | |
| | |
| **VERSUS** | **NO. 22-543** |
| | |
| **GREGORY FAIA, VERNON H.** | **SECTION: "E" (2)** |
| **DECOSSAS, III, FAIA & ASSOCIATES,** | |
| **LLC, ADS SQUARED LLC, VISUAL AD** | |
| **GROUP, INC. AND DSE LEASING, LLC,** | |

**ORDER**

Considering the foregoing motion to continue the submission dates on Defendants'

motions to dismiss[1];

**IT IS ORDERED** that the motion is **GRANTED**.[2] The submission dates for both

motions to dismiss[3] are hereby reset from November 22, 2023 to **Wednesday,**

**December 20, 2023.**

New Orleans, Louisiana, this 13th day of November, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 79.
[2] The Motion for Expedited Consideration of the Motion to Continue (R. Doc. 80) is also **granted**.
[3] R. Doc. 75; R. Doc. 78.