UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN S. CAHILL and THE ESTATE OF SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner,<br><br>　　　　　Plaintiffs<br><br>vs.<br><br>GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC,<br><br>　　　　　Defendants | Case No.:　22-cv-00543-SM-DPC<br><br>Judge:　　SUSIE MORGAN<br><br>Magistrate:　DONNA PHILLIPS CURRAULT |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Pursuant to the Federal Rules of Civil Procedure, Defendants (Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC) and Plaintiffs (Vivian S. Cahill and the Estate of Sandra F. Gardner, by its Personal Representative, Michael H. Gardner) (Defendants and Plaintiffs hereinafter referred to as the "Parties") hereby submit this "Joint Motion to Continue Scheduling Conference." The Parties further represent as follows:

1.

This Court recently ordered that the Parties participate in a "Scheduling Conference" on Tuesday, December 5, 2023 (9:30 a.m.) "for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates." Docket # 82.

2.

The U.S. Bankruptcy Court for the Middle District of Florida, *Faia v. Solares*, No. 19-bk-8638-CPM (21-ap-333-CPM) (M.D. Fla. Bkr.) (the "Florida Litigation"), has indicated that it will

5401300.v2

hold a hearing and announce a ruling on the afternoon of Friday, December 1, 2023. *See* Florida Litigation, Docket # 509.

3.

The U.S. Bankruptcy Court's anticipated ruling could materially impact positions Defendants may take in these proceedings that will impact the discussions in any scheduling conference.

4.

A short continuance of the December 5 scheduling conference would enable the Parties to obtain important information that might be pertinent to the discussions and planning that will need to occur prior to and during the scheduling conference. Moreover, a short continuance would also allow the Parties the needed time to confer prior to the scheduling conference to discuss possible stipulations, appropriate deadlines, anticipated filings, etc.

5.

The Parties accordingly request that the scheduling conference currently scheduled for December 5, 2023 (Docket # 82), be continued for approximately 10 days.

6.

Counsel for the Parties have conferred and are generally available to participate in a reset scheduling conference on December 14-15 and December 18-22 if it be convenient for the Court.

7.

This motion is submitted one week prior to the currently-scheduled December 5 scheduling conference and is therefore timely.

8.

The Parties accordingly request that the Court grant this "Joint Motion to Continue Scheduling Conference."

―――   ―   ―――

WHEREFORE, Defendants (Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC) and Plaintiffs (Vivian S. Cahill and the Estate of Sandra F. Gardner, by its Personal Representative, Michael H. Gardner) respectfully request that the Court:

(a) GRANT this Joint Motion to Continue Scheduling Conference; and

(b) Continue the scheduling conference currently set for December 5, 2023 (9:30 a.m.) to some new appointed time on or after December 14.

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P

By: *Ryan K. French*
Robert W. Barton, Bar # 22936
  Bob.barton@taylorporter.com
John S. Campbell, III, Bar # 23674
  Johnstone.campbell@taylorporter.com
Ryan K. French, Bar # 34555
  ryan.french@taylorporter.com
450 Laurel Street, 8th Floor (70801)
P. O. Box 2471
Baton Rouge, LA 70821-2471
Phone: (225) 381-0262

***Attorneys for Vernon H. Decossas III, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC***

JONES WALKER L.L.P

   Michael W. Magner, Bar # 1206
     mmagner@joneswalker.com
201 St. Charles Ave. Suite 5100
New Orleans, LA 70170
Phone: (504) 589-8316

***Attorneys for Gregory G. Faia, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC***

FRILOT, LLC

   David S. Daly, Bar # 20774
     ddaly@frilot.com
1100 Poydras St. Suite 3700
New Orleans, LA 70163
Phone: (504) 599-8139

***Attorneys for Gregory G. Faia and Faia & Associates, LLC***

and

AARON & GIANNA, PLC

   W. Glenn Burns, Bar # 3698
     gburns@aarongianna.com
   William D. Aaron, Jr., Bar # 2267
     waaron@aarongianna.com
   DeWayne L. Williams, Bar. # 27685
     dwilliams@aarongianna.com
201 St. Charles Ave., Suite 3800
New Orleans, LA 70170
Phone: (504) 569-8316

***Attorneys for Vivian S. Cahill and the Estate of Sandra F. Gardner, by its Personal Representative, Michael H. Gardner***

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this **28th** day of November, 2023, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice of this filing was accordingly sent to all counsel of record through the Court's electronic filing system.

                                              /s/   *Ryan K. French*
                                                    Ryan K. French