UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN S. CAHILL and THE ESTATE OF SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner,<br><br>Plaintiffs<br>vs.<br><br>GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC,<br><br>Defendants | Case No.: 22-cv-00543-SM-DPC<br><br>Judge: SUSIE MORGAN<br><br>Magistrate: DONNA PHILLIPS CURRAULT |

## **ORDER**

CONSIDERING the "Joint Motion to Continue Scheduling Conference" (Docket # 83) filed by Defendants (Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC) and Plaintiffs (Vivian S. Cahill and the Estate of Sandra F. Gardner, by its Personal Representative, Michael H. Gardner),

IT IS HEREBY ORDERED that the Motion is GRANTED, and that the scheduling conference currently set for December 5, 2023, at 9:30 a.m. (Docket # 82), be continued until at least December 14, with the continued conference to occur on such date and time as the appropriate case manager specifies in an ensuing notice entered into the record.

THUS DONE AND SIGNED in New Orleans, Louisiana, on this \_\_\_\_ day of _____, 2023.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA