UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN S., CAHILL, ET AL., <br>    Plaintiffs | CIVIL ACTION |
| VERSUS | NO. 22-543 |
| GREGORY G. FAIA, ET AL., <br>    Defendants | SECTION: "E" (2) |

## ORDER

Considering the foregoing Joint Motion to Continue the Scheduling Conference;[1]

**IT IS ORDERED** that the motion is **GRANTED**. The scheduling conference currently scheduled for December 5, 2023, is hereby **CONTINUED** to **Thursday, January 18, 2024, at 11:30 a.m.**, by telephone. The Court will provide all counsel with the instructions necessary to participate in this conference.

New Orleans, Louisiana, this 1st day of December, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 83.