**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

VIVIAN S. CAHILL and THE ESTATE OF
SANDRA F. GARDNER (through its personal
representative, MICHAEL H. GARDNER), *individually*

                                          Case No.: 2:22-cv-00543-SM-DPC

    *Plaintiffs*.

v.

GREGORY G. FAIA, VERNON H. DECOSSAS III,
FAIA & ASSOCIATES, LLC, ADS SQUARED LLC,
VISUAL AD GROUP, INC., DSE LEASING, LLC., AND
BOXED JELLIES LLC

    *Defendants*.

_____/

## *UNOPPOSED EX PARTE* MOTION TO SUPPLEMENT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Vivian S. Cahill and

the Estate of Sandra F. Gardner, through its personal representative, Michael H. Gardner,

(hereinafter referred to as "Plaintiffs"), who respectfully move that this Court allow Plaintiffs to

supplement their Memorandum in Opposition to Second Motion to Dismiss Pursuant to Federal

Rule of Civil Procedure 12(b)(1) and 12(b)(6) [R. Doc. 86] to add as an exhibit the attached

transcript of the hearing held by the Florida Bankruptcy Court on December 1, 2023 in the matter

entitled, "Gregory G. Faia, et al. v. Sigmund Solares, et al.," bearing docket number 8:19-bk-

08638-CPM, adversary number 8:21-ap-00333, which was received from the court today.

    Counsel for the Defendants (Michael Magner) has been contacted and has indicated that

there is no objection to this motion.

**WHEREFORE**, Plaintiffs now pray that this Court allow them to supplement their Memorandum in Opposition to Second Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) [R. Doc. 86] to add as an exhibit the attached transcript of the hearing held by the Florida Bankruptcy Court on December 1, 2023 in the matter entitled, "Gregory G. Faia, et al. v. Sigmund Solares, et al.," bearing docket number 8:19-bk-08638-CPM, adversary number 8:21-ap-00333.

Dated:  New Orleans, Louisiana
        December 15, 2023

AARON & GIANNA, PLC.
201 St. Charles Avenue
Suite 3800
New Orleans, LA 70170
(504) 569-1800 (telephone)
(504) 569-1801 (fax)

By:            /s/ W. Glenn Burns
      W. Glenn Burns, Esq.
      Louisiana Bar No. 03698
      gburns@aarongianna.com
      William D. Aaron, Jr., Esq.
      Louisiana Bar No. 02267
      waaron@aarongianna.com
      DeWayne L. Williams, Esq.
      Louisiana Bar No. 27685
      dwilliams@aarongianna.com

*Counsel for Vivian Solares Cahill and Estate of Sandra F. Gardner*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed electronically; that the Electronic Case Filing system will e-mail a Notice of Electronic Filing to all counsel in the case who have received their Electronic Case Filing login and password; and that a hard copy has been forwarded along with a copy of the Notice of Electronic Filing to attorneys and parties who are not set up for electronic notification.

New Orleans, Louisiana, this 15th day of December, 2023.

      */s/ W. Glenn Burns*
      W. GLENN BURNS