UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN S. CAHILL and THE ESTATE OF SANDRA F. GARDNER, by its Personal Representative, Michael H. Gardner,<br><br>Plaintiffs<br><br>vs.<br><br>GREGORY G. FAIA, VERNON H. DECOSSAS III, FAIA & ASSOCIATES, LLC, ADS SQUARED LLC, VISUAL AD GROUP, INC., and DSE LEASING, LLC,<br><br>Defendants | Case No.:    22-cv-00543-SM-DPC<br><br>Judge:       SUSIE MORGAN<br><br>Magistrate:  DONNA PHILLIPS CURRAULT |

## **DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMO**

Pursuant to the Federal Rules of Civil Procedure, Defendants (Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC) hereby submit this "Unopposed Motion for Leave to File Reply Memo." The Defendants further represent as follows:

1.

On November 7, 2023, Defendants in this matter filed a motion to dismiss, which Plaintiffs subsequently opposed on December 12, 2023. *See* Docket ## 78, 86.

2.

The assigned submission date for the referenced motion to dismiss is December 20, 2023, the same date as this motion for leave.

3.

Defendants have prepared a short reply brief, within the default 10-page limit, that contains arguments and authorities relevant to their pending motion, and which will aid the Court in its resolution of the issues currently before it.

5479580.v1

4.

Defendants have attached the referenced proposed reply brief to this filing and now ask that it be accepted for filing into the record of this matter.

5.

Counsel for Plaintiffs has indicated that "although disconcerted by the untimeliness, Plaintiffs have no opposition" to this motion for leave.

6.

Defendants accordingly submit the attached reply memo and request that the Court give it due consideration, particularly considering the breadth of the operative 95-page complaint and the scope of the alleged damages.

―――   ―   ―――

WHEREFORE, Defendants (Gregory G. Faia, Vernon H. Decossas III, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC) respectfully request that the Court:

(a) GRANT this "Unopposed Motion for Leave to File Reply Memo"; and

(b) Order that the accompanying Reply Memo be filed into the record of this matter, be associated with Defendants' pending Second Motion to Dismiss (Docket # 78), and be given due consideration.

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P

By: *Ryan K. French*
Robert W. Barton, Bar # 22936
  Bob.barton@taylorporter.com
John S. Campbell, III, Bar # 23674
  Johnstone.campbell@taylorporter.com
Ryan K. French, Bar # 34555
  ryan.french@taylorporter.com
450 Laurel Street, 8th Floor (70801)
P. O. Box 2471
Baton Rouge, LA 70821-2471
Phone:  (225) 381-0262

***Attorneys for Vernon H. Decossas III, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC***

JONES WALKER L.L.P

Michael W. Magner, Bar # 1206
  mmagner@joneswalker.com
Andrew R. Lee, Bar # 21196
  alee@joneswalker.com
Peter J. Kee, Bar # 34860
  pkee@joneswalker.com
Michael O'Brien, Bar # 38852
  mobrien@joneswalker.com
201 St. Charles Ave. Suite 5100
New Orleans, LA 70170
Phone:  (504) 589-8316

***Attorneys for Gregory G. Faia, Faia & Associates, LLC, Ads Squared LLC, Visual Ad Group, Inc., and DSE Leasing, LLC***

FRILOT, LLC

David S. Daly, Bar # 20774
  ddaly@frilot.com
1100 Poydras St. Suite 3700
New Orleans, LA 70163
Phone:  (504) 599-8139

***Attorneys for Gregory G. Faia and Faia & Associates, LLC***

Page 3

5479580.v1

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this **20th** day of **December**, 2023, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice of this filing was accordingly sent to all counsel of record through the Court's electronic filing system.

                        /s/   *Ryan K. French*
                            Ryan K. French